FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
F.C.C. U.S.P.-2
P.O. BOX 1034
COLEMAN, FL. 33521
          Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION
DEPARTMENT OF JUSTICE
935 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20535
          Defendant.

CASE NUMBER 1:06CV01244
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 07/11/2006

JURY ACTION

## COMPLAINT

The Defendant disclose a number of duplicated copies of the 124 page Documents that were reviewed, and 116 pages were said to be release.

RECEIVED
JUN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff request the Court to Order the Defendant to disclose a copy of the complete file to 95A HQ 1214942, F.O.I.A. No. 0944088-000. See Attachment (A).

Plaintiff also request the Court to Order the Defendant to disclose the complete file to Request No.:- GR 02-128 See Attachment (B).

or, Plaintiff demand a Trial by Jury to determine whether the Documents are exempt from disclosure pursuant to the F.O.I.A.

I, Plaintiff Damon Elliott, declare said affidavit in connection to this Complaint, under penalty of perjury that this information herein is true and correct.

Signature
Damon Elliott

# ATTACHMENT (A)



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

AUG 13 2001

MR DAMON ELLIOTT
**31034-037
BOX PMB
601 MCDONOUGH BOULEVARD, SOUTHEAST
ATLANTA, GA 30315

Subject: FILE 95A HQ 1214942

FOIPA No. 0944088- 000

Dear Requester:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

124 **page(s)** were reviewed and 116 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request that it may be easily identified.

06 1244
FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ATTACHMENT (B)



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

Elliott Damon  
Reg # 31034 - 037  
U.S. Penitentiary  
Box PMB  
601 McDonough Blvd., S.E.  
Atlanta, GA 30315

July 23, 2003

Request No.: - GR 02 -128  
Subject: Elliott Damon

Dear Requester:

While processing your Freedom of Information-Privacy Acts (FOIPA) request, the Executive Office for United States Attorneys located FBI information in their records. This material was referred to the FBI for direct response to you.

Enclosed are copies of the referred material. Deletions have been made pursuant to Title 5, United States Code, Section(s) 552/552a as noted below. See the enclosed form for an explanation of these exemptions.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

You may appeal any denials by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy  
Section Chief,  
Record/Information  
  Dissemination Section  
Records Management Division

06 1244

**FILED**

JUL 1 1 2006

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT