UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                           :
    Plaintiff                              :
vs.                                                     : Civil No. 06-1244 (JDB)

FEDERAL BUREAU OF INVESTIGATION,    :
    Defendant.                          :

**MOTION FOR EXTENSION OF TIME**

Defendant respectfully requests an extension of 30 days in which to file a response to plaintiff's complaint.  A response to the complaint is due to be filed on August 14, 2006.  This is defendant's first request for an extension of time to file its response.

The complaint seeks review of defendant's processing of plaintiff's requests for documents pursuant to the Freedom of Information Act.  Defendant has initiated preparation of an affidavit in support of a dispositive motion in relation to this matter.  However, due to personnel turnover, agency counsel has been unable to supply a completed affidavit.  Agency counsel believes that an affidavit can be completed and receive supervisory approval within three weeks.

It is the practice of defendant's counsel to consult with pro se plaintiffs who are not incarcerated about motions such as this.  However, since plaintiff's complaint reflects that he is incarcerated, defendant has not attempted to contact him.

Therefore, defendant requests an extension of 30 days to allow for preparation of a

dispositive motion and appropriate supervisory review of the motion.

                                                           Respectfully submitted,

                                                           _____
                                                           KENNETH L. WAINSTEIN D.C. Bar # 451058
                                                           United States Attorney

                                                           _____
                                                           RUDOLPH  CONTRERAS, D.C. Bar #  434122
                                                           Assistant United States Attorney

                                                           _____
                                                           RHONDA C. FIELDS
                                                           Assistant United States Attorney
                                                           555 Fourth Street, N.W.
                                                           Washington, D.C.  20530
                                                           202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of August, 2006, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se

Damon Elliott  
#31034-037  
F.C.C. -USP-2  
POB 1034  
Coleman, Florida 33521

 

Rhonda C. Fields  
Assistant United States Attorney