UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                                :
    Plaintiff                               :
vs.                                                      : Civil No. 06-1244 (JDB)

FEDERAL BUREAU OF INVESTIGATION,   :
    Defendant.                             :

**ORDER**

Upon consideration of defendant's motion for an extension of time in which to respond in this matter, it is hereby

ORDERED that defendant shall file its dispositive motion on or before September 13, 2006.

Date: _____    _____
                                                    UNITED STATES DISTRICT JUDGE