ARCHIVE, CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:97-cr-00053-PJM-1

Case title: USA v. Elliott

Date Filed: 02/24/1997
Date Terminated: 11/20/1997

Assigned to: Judge Peter J. Messitte

Appeals court case numbers: '03-7519' 'USCA', 00-6660, 97-4756

**Defendant**

**Damon Emanuel Elliott** (1)
*TERMINATED: 12/01/1997*

represented by **Damon Emanuel Elliott**
#31034-037
U.S.P. Allenwood
P.O. Box 3000
Whitedeer, PA 17887
PRO SE

**John Chamble**
Office of the Federal Public Defender
6411 Ivy Ln Ste 710
Greenbelt, MD 20770
13013440600
Fax: 13013440019
*TERMINATED: 12/08/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Richard I Kovelant**
Kovelant and Kovelant LLC
1957 Valley Rd
Annapolis, MD 21401
13019530412
Fax: 13014907705
Email: richardkovelant@verizon.net
*TERMINATED: 12/01/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Douglas Clark Hollmann**
Law Office of Douglas Clark Hollmann

60 West St Ste 220
Annapolis, MD 21401
14102636161
Fax: 14102691665
Email: laweur@aol.com
*TERMINATED: 12/01/1997*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2241 Aggravated Sexual Abuse (1) | Dismissed |
| 18:2241 Aggravated Sexual Abuse (1s) | Acquitted |
| 18:2241 Aggravated Sexual Abuse (2s) | 189 months Imprisonment; 5 years Supervised Release; .00 Special Assessment |
| 18:2244 (a)(1) Abusive Sexual Contact (3s) | Acquitted |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**     represented by **Ronald J Tenpas**
Office of the US Attorney
6500 Cherrywood Ln Ste 400
Greenbelt, MD 20770-1249
13013444433
Fax: 13013444516
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/1997 | 1 | INDICTMENT as to Damon Emanuel Elliott on (1) count(s) 1 (sls, Deputy Clerk) (Entered: 02/26/1997) |
| 02/24/1997 | 2 | Magistrate Papers (97-0008 JKS) as to Damon Emanuel Elliott consisting of Order of Temporary Detention, Memorandum, Financial Affidavit, Order Appointing Federal Public Defender as Counsel, Criminal Memo-Initial Appearance, Criminal Memo-Detention Hearing, Order, Pretrial Services Report(Sealed), Criminal Complaint and Memorandum (sls, Deputy Clerk) Modified on 09/18/2001 (Entered: 03/06/1997) |
| 03/06/1997 |   | Arraignment as to Damon Emanuel Elliott, Not Guilty: Damon Emanuel Elliott (1), Count 1 held before Magistrate Judge Charles B. Day ( ER: R. Sigona) (mdd, Deputy Clerk) (Entered: 03/07/1997) |
| 03/10/1997 | 3 | MEMORANDUM ORDER "SCHEDULING" trial for 5/20/97 at 10:00 a.m. as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 5/7/97 ) (c/m) (sls, Deputy Clerk) Modified on 03/20/1997 (Entered: 03/11/1997) |
| 03/26/1997 | 4 | SEALED DOCUMENT (mdd, Deputy Clerk) (Entered: 03/27/1997) |
| 03/31/1997 | 5 | SUPERSEDING INDICTMENT as to Damon Emanuel Elliott (1) Count(s) 1s-2s, 3s (mdd, Deputy Clerk) (Entered: 04/01/1997) |
| 04/10/1997 | 6 | MOTION by USA as to Damon Emanuel Elliott to Continue Trial , and Exclude Time from Speedy Trial Calculations pursuant to 18 U.S.C. 3161(h)(8)(A) . (c/s) (mdd, Deputy Clerk) (Entered: 04/11/1997) |
| 04/22/1997 | 7 | ORDER Granting [6-1] Motion of USA to Continue Trial, to the week of July 22, 1997, as to Damon Emanuel Elliott (1); Granting [6-2] Motion of USA to Exclude Time from Speedy Trial Calculations pursuant to 18 U.S.C. 3161(h)(8)(A), from the date of this order to the commencement of trial on July 22, 1997, as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte 4/22/97 ). (c/m 4/22/97 jb) (mdd, Deputy Clerk) (Entered: 04/22/1997) |
| 07/10/1997 | 8 | Proposed Voir Dire Questions by Damon Emanuel Elliott (c/s) (sls, Deputy Clerk) (Entered: 07/11/1997) |
| 07/17/1997 | 9 | MEMORANDUM to Counsel "RESETTING" the jury trial to 8/26/97 at 10:00 a.m. as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 7/16/97 ). (c/m 7/17/97 bb) (mdd, Deputy Clerk) (Entered: 07/17/1997) |
| 07/21/1997 | 10 | Proposed Jury Instructions by Damon Emanuel Elliott (c/s) (mdd, Deputy Clerk) (Entered: 07/22/1997) |
| 07/29/1997 | 11 | MOTION (Request) by USA as to Damon Emanuel Elliott for Discovery . (c/s) (mdd, Deputy Clerk) (Entered: 08/05/1997) |
| 08/06/1997 | 12 | Correspondence from Judge Peter J. Messitte 8/5/97 to Mr. Chamble rquesting same to set up a hearing. (mdd, Deputy Clerk) (Entered: |

| | | |
|---|---|---|
| | | 08/06/1997) |
| 08/06/1997 | | Motion hearing held as to Damon Emanuel Elliott re: Oral Motion of Defendant to Substitute Counsel-"DENIED" for reasons stated on the record. (Reporter: Mech) (mdd, Deputy Clerk) (Entered: 08/07/1997) |
| 08/21/1997 | 13 | Voir Dire Questions by USA as to Damon Emanuel Elliott. (c/s) (mdd, Deputy Clerk) (Entered: 08/21/1997) |
| 08/22/1997 | 14 | Proposed Jury Instructions by USA as to Damon Emanuel Elliott. (c/s) (mdd, Deputy Clerk) (Entered: 08/25/1997) |
| 08/26/1997 | | Arraignment as to Damon Emanuel Elliott; Not Guilty: Damon Emanuel Elliott (1), Count(s) 1s-2s, 3s held before Magistrate Judge William G. Connelly (ER: C. Bishop) (mdd, Deputy Clerk) (Entered: 08/26/1997) |
| 08/26/1997 | | Jurors Sworn and Examined on Voir Dire as to Damon Emanuel Elliott (1), Count(s) 1s-2s, 3s, before Judge Peter J. Messitte. (mdd, Deputy Clerk) (Entered: 08/28/1997) |
| 08/26/1997 | | Jury trial - Day One - held before Judge Peter J. Messitte as to Damon Emanuel Elliott (Court Reporter: G. Williams) (mdd, Deputy Clerk) (Entered: 08/28/1997) |
| 08/26/1997 | | Jury impaneled and sworn as to Damon Emanuel Elliott. (mdd, Deputy Clerk) (Entered: 08/28/1997) |
| 08/26/1997 | | Opening Statements made by Counsel. (mdd, Deputy Clerk) (Entered: 08/28/1997) |
| 08/26/1997 | | Case no concluded - to be continued August 27, 1997, at 10:00 a.m.. (mdd, Deputy Clerk) (Entered: 08/28/1997) |
| 08/27/1997 | | Jury trial - Day Two - held before Judge Peter J. Messitte as to Damon Emanuel Elliott (Court Reporter: G. Williams) (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/27/1997 | | ORAL MOTION by Damon Emanuel Elliott for Judgment of Acquittal made at the conclusion of the government's case-in-chief-"ARGUED"-"DENIED" for reasons stated on the record. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/28/1997 | | Jury trial - Day Three - held before Judge Peter J. Messitte as to Damon Emanuel Elliott (Court Reporter: G. Williams) (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/28/1997 | | ORAL MOTION by Damon Emanuel Elliott for Judgment of Acquittal made at the conclusion of all the evidence - "DENIED" for reasons stated on the record. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/28/1997 | | Court's charge to the jury. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/28/1997 | | Closing arguments of Counsel. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| | | |

| | | |
|---|---|---|
| 08/28/1997 | | Verdict sheet submitted to the jury for their deliberations. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/28/1997 | | Jury unable to agree upon a verdict at this time. Therefore, they were allowed to disband for the evening with instructions to return tomorrow morning to continue deliberations. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/29/1997 | | CSO sworn; Theodore Parker. (mdd, Deputy Clerk) (Entered: 08/29/1997) |
| 08/29/1997 | | Jury trial - Day five - held before Judge Peter J. Messitte as to Damon Emanuel Elliott (Court Reporter G. Williams) (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 08/29/1997 | | The members of the jury returned to the jury room to continue their deliberations. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 08/29/1997 | | Allen charge delivered to the members of the jury by the Court. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 08/29/1997 | | VERDICT of Not Guilty: Damon Emanuel Elliott (1), count(s) 1s, 3s , Guilty: Damon Emanuel Elliott (1), count(s) 2s . (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 08/29/1997 | | Jury polled at the direction of the court. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 08/29/1997 | | Jury excused from further consideration of the case. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 09/02/1997 | 15 | Exhibit list by USA as to Damon Emanuel Elliott. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 09/02/1997 | 16 | Exhibit list by Damon Emanuel Elliott. (mdd, Deputy Clerk) (Entered: 09/02/1997) |
| 09/02/1997 | 17 | Verdict Sheet and answers thereto. (mdd, Deputy Clerk) (Entered: 09/03/1997) |
| 09/02/1997 | 18 | Guideline Sentencing Order "DIRECTING" the Probation Officer to serve two copies of the presentence report on or before 10/14/97 and that "SENTENCING" be held on 11/20/97 at 9:30 a.m. as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 8/29/97 ). (c/m 8/29/97 esp) (mdd, Deputy Clerk) (Entered: 09/03/1997) |
| 09/05/1997 | 19 | Certification of parties re: Exhibits Submitted to the Jury and "APPROVAL" (Signed by Judge Peter J. Messitte 9/3/97 ) (mdd, Deputy Clerk) Modified on 09/08/1997 (Entered: 09/08/1997) |
| 09/05/1997 | 20 | ORDER "DIRECTING" the U.S. Marshal to provide meals, etc., and "APPROVAL", as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 9/3/97 ) (c/s Balt. 9/5/97 esp) (mdd, Deputy Clerk) (Entered: 09/08/1997) |
| | | |

| Date | # | Entry |
|---|---|---|
| 09/05/1997 | 21 | ORDER "RETURNING" the physical exhibits to the custody and retention of counsel and "APPROVAL", as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 9/3/97 ) (mdd, Deputy Clerk) (Entered: 09/08/1997) |
| 09/15/1997 | 23 | NOTICE OF APPEAL by Damon Emanuel Elliott (1) count(s) 2s filing fee not paid (pkf, Deputy Clerk) (Entered: 09/22/1997) |
| 09/17/1997 | 22 | TRANSCRIPT of Proceedings Held as to Damon Emanuel Elliott for dates of 8/2697/-8/27/97. (2 Transcripts, Filed Separately) (mdd, Deputy Clerk) (Entered: 09/19/1997) |
| 09/22/1997 |  | Notice of appeal and certified copy of docket as to Damon Emanuel Elliott to USCA: [23-1] appeal (pkf, Deputy Clerk) (Entered: 09/22/1997) |
| 09/30/1997 |  | USCA Case Number as to Damon Emanuel Elliott Re: [23-1] appeal USCA Number: 97-4756 (Case Manager Pamela K. Stump) (pkf, Deputy Clerk) (Entered: 09/30/1997) |
| 10/20/1997 | 24 | MOTION by Damon Emanuel Elliott for Appointment of Counsel (c/s) (filed U.S.D.C. Balt. 10/16/97) (mdd, Deputy Clerk) (Entered: 10/21/1997) |
| 10/28/1997 | 25 | Letter MOTION by Damon Emanuel Elliott for Appointment of Counsel in the Appellate Court (c/s) (mdd, Deputy Clerk) (Entered: 10/29/1997) |
| 11/20/1997 |  | Sentencing as to Damon Emanuel Elliott (1), Count(s) 1s, 2s, 3s held before Judge Peter J. Messitte (Court Reporter: J. Sovich) (mdd, Deputy Clerk) (Entered: 12/01/1997) |
| 11/20/1997 |  | DISMISSAL of Count(s) as to Damon Emanuel Elliott Terminated motions Counts Dismissed: Damon Emanuel Elliott (1) count(s) 1 (lad, Deputy Clerk) (Entered: 12/22/1997) |
| 11/25/1997 | 26 | ORDER "SEALING" the Presentence Investigation Report, as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 11/20/97 ). (mdd, Deputy Clerk) (Entered: 12/01/1997) |
| 11/25/1997 | 27 | SEALED DOCUMENT (mdd, Deputy Clerk) (Entered: 12/01/1997) |
| 11/25/1997 | 28 | JUDGMENT as to Damon Emanuel Elliott (1), Count(s) 2s. 189 months Imprisonment; 5 years Supervised Release; $100.00 Special Assessment; Damon Emanuel Elliott (1), count(s) 1s, 3s . Acquitted ( Signed by Judge Peter J. Messitte 11/24/97 ). (c/s, c/m 12/1/97 jb) (Microfilmed) (mdd, Deputy Clerk) (Entered: 12/01/1997) |
| 11/25/1997 | 29 | NOTICE OF APPEAL by Damon Emanuel Elliott (1) count(s) 1s FILING FEE $ 105.00 RECEIPT # G126435 (d/s tpof mailed to counsel) (c/s) (pkf, Deputy Clerk) (Entered: 12/02/1997) |
| 12/03/1997 |  | Notice of appeal and certified copy of docket as to Damon Emanuel Elliott to USCA: [29-1] appeal (pkf, Deputy Clerk) (Entered: 12/03/1997) |

| | | |
|---|---|---|
| 12/08/1997 | 30 | MOTION by Damon Emanuel Elliott to Substitute Attorney Richard I. Kovelant for John Chamble . (mdd, Deputy Clerk) (Entered: 12/09/1997) |
| 12/08/1997 | 30 | ORDER Granting [30-1] Motion to Substitute Attorney Richard I. Kovelant for John Chamble Terminated attorney John Chamble for Damon Emanuel Elliott. Added Richard I. Kovelant, Douglas Clark Hollmann as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte 12/4/97 ) (c/m 12/9/97 jb) (mdd, Deputy Clerk) (Entered: 12/09/1997) |
| 12/15/1997 | 31 | TRANSCRIPT of proceedings before Magistrate Judge Connelly filed as to Damon Emanuel Elliott for dates of August 26, 1997 Re: [29-1] appeal, [23-1] appeal (pkf, Deputy Clerk) (Entered: 12/17/1997) |
| 01/09/1998 | 32 | TRANSCRIPT of proceedings before Judge Messitte filed as to Damon Emanuel Elliott for dates of November 20, 1997 Re: [29-1] appeal, [23-1] appeal (pkf, Deputy Clerk) (Entered: 01/09/1998) |
| 01/12/1998 | 33 | TRANSCRIPT of proceedings before Judge Messieet filed as to Damon Emanuel Elliott for dates of Augsut 6, 1997, August 26, 1997, August 27, 1997, August 28, 1997, Augsut 29, 1997, Re: [29-1] appeal, [23-1] appeal (Five Volumns) (Filed Separtely) (pkf, Deputy Clerk) (Entered: 01/12/1998) |
| 01/23/1998 | 34 | CERTIFICATE OF CLERK certifying record is complete for appeal purposes for [29-1] appeal as to Damon Emanuel Elliott (pkf, Deputy Clerk) (Entered: 01/23/1998) |
| 03/11/1998 | 35 | ORDER as to Damon Emanuel Elliott, to Dismiss the Original Indictment, without prejudice ( Signed by Judge Peter J. Messitte 3/10/98 ) (c/m 3/11/98 jb) (mdd, Deputy Clerk) (Entered: 03/11/1998) |
| 03/11/1998 | | DISMISSAL of Count(s) as to Damon Emanuel Elliott; Counts Dismissed: Damon Emanuel Elliott (1), Count(s) 1. (mdd, Deputy Clerk) (Entered: 03/11/1998) |
| 09/04/1998 | 36 | JUDGMENT OF USCA (certified copy) as to Damon Emanuel Elliott Re: [29-1] appeal, [23-1] appeal affirming judgment/order Damon Emanuel Elliott (1) count(s) 1s, 1, 2s, 3s (c/s) (pkf, Deputy Clerk) (Entered: 09/04/1998) |
| 08/27/1999 | 37 | MOTION with Memorandum in Support by Damon Emanuel Elliott to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 and attachments (c/s) (lad, Deputy Clerk) (Entered: 08/30/1999) |
| 09/08/1999 | 38 | ORDER dated 9/3/99 "DIRECTING" the U.S. Attorney to respond to the 2255 Motion within 60 days as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte ) (c/m 9/8/99esp) (lad, Deputy Clerk) (Entered: 09/09/1999) |
| 12/08/1999 | 39 | Letter MOTION by USA as to Damon Emanuel Elliott to Extend Time to respond to defendant's petition for Habeas Corpus (rank, Deputy Clerk) (Entered: 12/10/1999) |
| | | |

| Date | # | Description |
|---|---|---|
| 12/08/1999 | 39 | ORDER as to Damon Emanuel Elliott granting [39-1] motion to Extend Time to respond to defendant's petition for Habeas Corpus as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte ) dated 12/6/99 (c/m 12/8/99 esp) (rank, Deputy Clerk) (Entered: 12/10/1999) |
| 01/14/2000 | 40 | RESPONSE by USA as to Damon Emanuel Elliott re [37-1] motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 (c/s) (rank, Deputy Clerk) (Entered: 01/19/2000) |
| 04/05/2000 | 41 | MEMORANDUM OPINION as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte 4/4/2000 ) (c/m 4/5/2000 kc) (td, Deputy Clerk) (Entered: 04/06/2000) |
| 04/05/2000 | 42 | ORDER "DENYING" [37-1] motion of Petitioner to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 as to Damon Emanuel Elliott (1); and "DIRECTING" the Clerk to Close this Case ( Signed by Judge Peter J. Messitte 4/4/2000 ) (c/m 4/5/2000 kc) (microfilmed 4/6/2000) (td, Deputy Clerk) (Entered: 04/06/2000) |
| 05/05/2000 | 43 | NOTICE OF APPEAL by Damon Emanuel Elliott (1) count(s) 1 FILING FEE $ IFP (pkf, Deputy Clerk) (Entered: 05/09/2000) |
| 05/23/2000 |  | USCA Case Number as to Damon Emanuel Elliott Re: [43-1] appeal USCA Number: 00-6660 (Case Mgr. Mike Radday (mlb, Deputy Clerk) (Entered: 05/23/2000) |
| 05/25/2000 |  | Certified and transmitted record on appeal to U.S. Court of Appeals as to Damon Emanuel Elliott : [43-1] appeal (mlb, Deputy Clerk) (Entered: 05/25/2000) |
| 06/01/2000 | 44 | MOTION by Damon Emanuel Elliott to Extend Time , and for Appointment of Counsel (rec'd in chambers 5/24/00) (rank, Deputy Clerk) (Entered: 06/02/2000) |
| 06/01/2000 | 45 | ORDER that the [44-1] motion to Extend Time is MOOT and denying [44-2] motion for Appointment of Counsel as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte ) dated 5/31/00 (c/m by chambers) (rank, Deputy Clerk) (Entered: 06/02/2000) |
| 07/10/2000 | 46 | LETTER REQUEST by Damon Emanuel Elliott that the US Attorney respond with 30 days to Petitioner's Inormal Brief (c/s J. Messitte and US Atty) (rank, Deputy Clerk) (Entered: 07/13/2000) |
| 09/26/2000 | 48 | ORDER "INFORMING" defendant that copies of any correspondence must always be mailed to the Assistant U.S. Atotrney as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte) dated 9/26/00 (c/m by chambers) Messitte ) (rank, Deputy Clerk) (Entered: 09/28/2000) |
| 09/28/2000 | 47 | CORRESPONDENCE by Damon Emanuel Elliott requesting various materials be mailed to the defendant (rec'd in chambers 9/22/00) (rank, Deputy Clerk) (Entered: 09/28/2000) |
| 10/23/2000 |  | Petition for rehearing en banc is "DENIED" re: Damon Emanuel Elliott, USA (mlb, Deputy Clerk) (Entered: 10/23/2000) |

| | | |
|---|---|---|
| 10/23/2000 | 49 | CORRESPONDENCE by Damon Emanuel Elliott requesting Transcript at the Government's Expense dated 10/18/00 (c/s) (rank, Deputy Clerk) (Entered: 10/25/2000) |
| 10/23/2000 | 50 | CORRESPONDENCE by Damon Emanuel Elliott Requesting transcripts at the Government's Expense dated 10/19/00 (c/s) (rank, Deputy Clerk) (Entered: 10/25/2000) |
| 10/26/2000 | 51 | CORRESPONDENCE from the Court as to defendant's request for minutes of Grand Jury Proceedings (rank, Deputy Clerk) (Entered: 10/27/2000) |
| 10/30/2000 | | Record on Appeal as to Damon Emanuel Elliott returned from U.S. Court of Appeals: [43-1] appeal, [29-1] appeal, [23-1] appeal (Vol. 1-11 returned) (mlb, Deputy Clerk) (Entered: 10/30/2000) |
| 10/30/2000 | 52 | JUDGMENT OF USCA (certified copy) "DENYING" a certificate of appealbility and "DISMISSING" the appeal as to Damon Emanuel Elliott (mlb, Deputy Clerk) (Entered: 10/30/2000) |
| 11/15/2000 | 53 | Letter MOTION by Damon Emanuel Elliott for copies at the government's expense (c/s) (rank, Deputy Clerk) (Entered: 11/16/2000) |
| 12/05/2000 | 54 | Letter MOTION by Damon Emanuel Elliott for copies at the Government's Expense (c/s) (rank, Deputy Clerk) (Entered: 12/06/2000) |
| 12/11/2000 | 55 | MOTION by Damon Emanuel Elliott for a file stamped copy of the 3/31/1997 Superseding Indictment , and and the 3/31/1997 Grand Jury Transcripts (c/s) (lad, Deputy Clerk) (Entered: 12/12/2000) |
| 12/26/2000 | 56 | MOTION by Damon Emanuel Elliott for copies at the government's expense (c/s) (rank, Deputy Clerk) (Entered: 12/27/2000) |
| 01/12/2001 | 57 | ORDER "DENYING" [54-1] Letter/Motion of Defendant for copies at the Government's Expense as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte 1/11/2001 ) (c/m 1/12/2001 esp) (td, Deputy Clerk) (Entered: 01/16/2001) |
| 02/26/2001 | 58 | MOTION by Damon Emanuel Elliott for Reconsideration of [57-1] Order DENYING" Defendant's Request for Grand Jury Transcripts (1 c/s to PJM & AUSA) (td, Deputy Clerk) (Entered: 02/28/2001) |
| 02/26/2001 | 59 | PETITION by Damon Emanuel Elliott for Disclosure of Grand Jury Transcripts (1 c/s PJM & AUSA) (td, Deputy Clerk) (Entered: 02/28/2001) |
| 03/09/2001 | 60 | MOTION by Damon Emanuel Elliott for Appointment of Counsel (c/s) (rank, Deputy Clerk) (Entered: 03/12/2001) |
| 04/10/2001 | 61 | ORDER "DENYING" [58-1] motion of Defendant for Reconsideration of [57-1] Order DENYING" Defendant's Motion for Grand Jury Transcripts as to Damon Emanuel Elliott (1) Signed by Judge Peter J. Messitte 4/6/2001 ) (c/m 4/10/2001 esp) (td, Deputy Clerk) (Entered: 04/11/2001) |
| | | |

| Date | # | Description |
|---|---|---|
| 04/10/2001 | 62 | ORDER "DENYING" [59-1] motion of Defendant for Disclosure of Grand Jury Transcripts as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte 4/6/2001 ) (c/m 4/10/2001 esp) (td, Deputy Clerk) (Entered: 04/11/2001) |
| 04/16/2001 | 63 | MOTION by Damon Emanuel Elliott for New Trial , and for Immediate Release (c/s) (rank, Deputy Clerk) (Entered: 04/18/2001) |
| 04/16/2001 | 64 | CORRESPONDENCE by Damon Emanuel Elliott request a copy of Exhibit No. 6 A confirmtory Deed J Plat Map i (c/s) (rank, Deputy Clerk) Modified on 04/18/2001 (Entered: 04/18/2001) |
| 05/04/2001 | 65 | ORDER "DENYING" motion for authorization to file a successive application for relief as to Damon Emanuel Elliott (mlb, Deputy Clerk) (Entered: 05/07/2001) |
| 05/09/2001 | 66 | Request of Copy at the Governments Expense by Damon Emanuel Elliott (c/s) (rank, Deputy Clerk) (Entered: 05/11/2001) |
| 05/15/2001 | 67 | ORDER "DENYING" [63-1] motion of Defendant for New Trial and [63-2] motion for Immediate Release as to Damon Emanuel Elliott ( Signed by Judge Peter J. Messitte ) (c/m 5/15/2001 esp) (td, Deputy Clerk) (Entered: 05/15/2001) |
| 06/04/2001 | 68 | MOTION by Damon Emanuel Elliott for Appointment of Counsel (mib, Deputy Clerk) (Entered: 06/05/2001) |
| 06/19/2001 | 69 | ORDER "DENYING" [68-1] motion of defendant for Appointment of Counsel as to Damon Emanuel Elliott (1) ( Signed by Judge Peter J. Messitte 6/18/01) (c/m 6/19/01 bb) (mib, Deputy Clerk) (Entered: 06/20/2001) |
| 02/24/2003 | 70 | CORRESPONDENCE RE: Certificate of Appealability (mlb, Deputy Clerk) Modified on 4/10/2003 (fk, Deputy Clerk). (Entered: 02/27/2003) |
| 08/15/2003 | 71 | ORDER of USCA (certified copy) "DENYING" Movant's motion pursuant to 28 USC Section 2244 for authorization to file a successive application for relief; as to Damon Emanuel Elliott re [70] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 08/15/2003) |
| 09/11/2003 | 72 | NOTICE OF APPEAL by Damon Emanuel Elliott (mlb, Deputy Clerk) (Entered: 09/23/2003) |
| 09/23/2003 |  | Transmission of Notice of Appeal and Docket Sheet as to Damon Emanuel Elliott to US Court of Appeals re [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 09/23/2003) |
| 10/02/2003 | 73 | MOTION to Appoint Counsel by Damon Emanuel Elliott. Responses due by 10/20/2003 (c/s)(rank, Deputy Clerk) (Entered: 10/03/2003) |
| 10/03/2003 | 74 | MOTION to Correct Sentence of 11/20/97 by Damon Emanuel Elliott. Responses due by 10/20/2003 (c/s) (rec' 9/29/03) (rank, Deputy Clerk) (Entered: 10/03/2003) |
| 10/08/2003 |  | USCA Case Number as to Damon Emanuel Elliott 03-7519 for [72] |

| | | |
|---|---|---|
| | | Notice of Appeal - Final Judgment filed by Damon Emanuel Elliott. (Case Mgr. Lisa Jernigan) (mlb, Deputy Clerk) (Entered: 10/08/2003) |
| 10/09/2003 | 75 | NOTICE OF ATTORNEY APPEARANCE Ronald J Tenpas appearing for USA. (elt, Deputy Clerk) (Entered: 10/10/2003) |
| 10/10/2003 | 76 | MOTION for Transcript at the Expense of the Government by Damon Emanuel Elliott and attachment (c/s). Responses due by 10/27/2003 (lad3, Deputy Clerk) (Entered: 10/14/2003) |
| 10/14/2003 | 77 | ORDER denying [73] Motion to Appoint Counsel as to Damon Emanuel Elliott (1). Signed by Judge Peter J. Messitte on 10/14/2003. (c/m) (elt, Deputy Clerk) , Deputy Clerk). (Entered: 10/15/2003) |
| 10/14/2003 | 78 | ORDER denying [74] Motion to Amend/Correct as to Damon Emanuel Elliott (1). Signed by Judge Peter J. Messitte on 10/14/2003. (c/m) (elt, Deputy Clerk) (Entered: 10/15/2003) |
| 10/15/2003 | | Certified and Transmitted Record on Appeal as to Damon Emanuel Elliott to US Court of Appeals re [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 10/15/2003) |
| 10/16/2003 | 79 | ORDER denying [76] Motion for Transcript at the Government Expense as to Damon Emanuel Elliott (1). Signed by Judge Peter J. Messitte on 10/16/03. (c/m 10/17/03 esp) (rank, Deputy Clerk) (Entered: 10/17/2003) |
| 02/17/2004 | 80 | JUDGMENT of USCA (certified copy) "DENYING" a certificate of appealability and "DISMISSING" the appeal; as to Damon Emanuel Elliott re [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 02/17/2004) |
| 03/30/2004 | | Appeal Record Returned as to Damon Emanuel Elliott : [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 03/30/2004) |
| 03/30/2004 | 81 | JUDGMENT of USCA (certified copy) "DENYING" a certificate of appealability and "DISMISSING" the appeal; as to Damon Emanuel Elliott re [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 03/30/2004) |
| 03/30/2004 | | MANDATE of USCA (certified copy) opinion and certified copy of Judgment; as to Damon Emanuel Elliott re [72] Notice of Appeal - Final Judgment (mlb, Deputy Clerk) (Entered: 03/30/2004) |
| 04/29/2004 | 82 | Correspondence from the Law Clerk to Judge Peter J. Messitte to defendant, Damon Elliott re: request for copy of government exhibit (c/m 4/29/04 rs) (zf, Deputy Clerk) (Entered: 04/30/2004) |
| 10/26/2005 | | MOTION to Appoint Counsel by Damon Emanuel Elliott (received in chambers on 8/25/05)(zf, Deputy Clerk) (Entered: 10/27/2005) |
| 10/26/2005 | 83 | ORDER "denying" [] Motion to Appoint Counsel as to Damon Emanuel Elliott (1) Signed by Judge Peter J. Messitte on 10/25/05 (c/m 10/26/05 esp) (zf, Deputy Clerk) (Entered: 10/27/2005) |
| 08/07/2006 | 84 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 06-2072.) by |

|  |  | Damon Emanuel Elliott. Responses due by 8/24/2006 (jc, Deputy Clerk) (Entered: 08/10/2006) |
|---|---|---|
| 08/22/2006 | 85 | MEMORANDUM OPINION as to Damon Emanuel Elliott. Signed by Judge Peter J. Messitte on 8/21/06. (rank, Deputy Clerk) (c/m 8/23/06 rk) (Entered: 08/23/2006) |
| 08/22/2006 | 86 | ORDER "DISMISSING" without prejudice [84] Motion to Vacate (2255) as to Damon Emanuel Elliott (1); "DIRECTING" the Clerk mail instructions and form packet for filing a motion under 28:2244. Signed by Judge Peter J. Messitte on 8/21/06. (c/m 8/23/06 rk) (rank, Deputy Clerk) (Entered: 08/23/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/12/2006 10:53:04 | | | |
| **PACER Login:** | ux0152 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:97-cr-00053-PJM |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |