IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )    Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
                                        )
            Defendant.                  )

# EXHIBIT A

Damon Elliott 31034-037          F.B.I. File No.: 95A-HQ-1214942
Box P.M.B.                       Lab No.: 70521022 S GX FY HS
Atlanta, GA 30315                Criminal No.: 90-0244

May 13, 2001

Dear Director:

Can you please mail me a copy of all papers
concerning the above Docket Number's?

Freedom Of Information Act S § 552

Thank you
Please reply

Sincerely yours
Damon Elliott

Damon Elliott
NAME

31034 - 037
REG NO

UNITED STATES PENITENTIARY
BOX PMB
601 MCDONOUGH BLVD., S.E.
ATLANTA, GEORGIA 30315





LEGAL MAIL

DIRECTOR OF THE F.B.I.

FEDERAL BUREAU OF INVESTIGATION    JUN 0 2 2001

WASHINGTON, D.C. 20535

ATTN: Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                              )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )    Civil Action No. 06-1244 (JDB)
                                           )
FEDERAL BUREAU OF INVESTIGATION,           )
                                           )
                                           )
          Defendant.                       )

# EXHIBIT B



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

JUNE 6, 2001

MR DAMON ELLIOTT
**31034-037
BOX PMB
601 MCDONOUGH BOULEVARD, SOUTHEAST
ATLANTA, GA 30315

Request No.: 0944088- 000
Subject:FILE 95A HQ 1214942

Dear Requester:

    ☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

    ☐    For an accurate search of our records, pleases provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

    ☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

    ☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

    ☐    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

    ☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

John M. Kelso Jr.
Section Chief,
Freedom of Information-
Privacy Acts Section
Office of Public and
Congressional Affairs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )    Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
            Defendant.                  )

# EXHIBIT C



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 13, 2001

MR DAMON ELLIOTT
**31034-037
BOX PMB
601 MCDONOUGH BOULEVARD, SOUTHEAST
ATLANTA, GA 30315

Subject: FILE 95A HQ 1214942

FOIPA No.  0944088- 000

Dear Requester:

  The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

124 **page(s)** were reviewed and 116 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

 ☐ referred to the OGA for review and direct response to you.

 ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C.  20530-0001 within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request  that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown,

when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

*John M. Kelso Jr.*

John M. Kelso Jr.
Section Chief,
Freedom of Information-
Privacy Acts Section
Office of Public and
Congressional Affairs.

Enclosure(s)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,             )
                                 )
        Plaintiff,     )
                                 )
        v.           )   Civil Action No. 06-1244 (JDB)
                                 )
FEDERAL BUREAU OF INVESTIGATION,   )
                                 )
        Defendant.    )

# EXHIBIT D

Damon Elliott 31034037
Box PMB
Atlanta, GA. 30315

August 28, 2001

"Freedom of Information Appeal"
Waiver of Fees

Subject · FILE 9SA HQ 1214942
FOIPA No. 0944088 - 000

Dear Dept. of Justice:

    I'm appealing the above based on the duplication of twelve sheets, that I received under F.O.I.A. And, I was denied (8) pages of the 124 document.

    I request a complete copy of the file which I'm entitle to.

Sincerly yours,

Damon Elliott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                              )
                                           )
            Plaintiff,                     )
                                           )
        v.                                 )    Civil Action No. 06-1244 (JDB)
                                           )
FEDERAL BUREAU OF INVESTIGATION,           )
                                           )
                                           )
            Defendant.                     )
                                           )

# EXHIBIT E

Damon Elliott 31034037
Box PMB
Atlanta, GA. 30315

September 4, 2001

RE: Information Appeal  FOIPA No. 0944088-000
        Waiver of Fees

Dear Department of Justice :

The Federal Bureau of Investigation denied me access to eight (8)
of the 124 page document, based on section's 552 (b)(7)(C) and
552a (j)(2) of Title 5.

The names, addresses, phone numbers, and personal information etc.,
was xerox·out, according to the 116 page document that was
disclosed. I request the same to page 28-31, 56, 57,
99, and 100, that was·not disclosed.

Sincerely,

Damon Elliott

<u>DAMON ELLIOTT</u>
NAME

<u>31034-037</u>
REG NO

UNITED STATES PENITENTIARY
BOX PMB
601 MCDONOUGH BLVD., S.E.
ATLANTA. GEORGIA *30315*



CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
U.S. DEPARTMENT OF JUSTICE
FLAG BUILDING, SUITE 570
WASHINGTON, D.C. 20530

ATTN:
"Information Appeal"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )    Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
                                        )
            Defendant.                  )

# EXHIBIT F



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone  (202) 514-3642*                    *Washington, D C  20530*

September 18, 2001

Damon Elliott
Register No 31034037
Box PMB
Atlanta, GA  30315

    Re    FOIPA No 0944088

Dear Mr  Elliott

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on August 31, 2001

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours   In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt   Your appeal has been assigned number 01-3698  Please mention this number in any future correspondence to this Office regarding this matter

    We will notify you of the decision on your appeal as soon as we can   The necessity of this delay is regretted and your continuing courtesy is appreciated

            Sincerely,


            Claudia J  Tweed
            Chief, Administrative Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
                 Plaintiff,             )
                                        )
        v.                              )    Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
                                        )
                 Defendant.             )

# EXHIBIT G



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL -9 2002

Mr. Damon Elliott
Register No. 31034-037
United States Penitentiary
601 McDonough Boulevard SE.          Re:   Appeal No. 01-3698
Box PMB                                     Request No. 944088
Atlanta, GA  30315                          RLH:ADW:TPH

Dear Mr. Elliott:

    You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

    After carefully considering your appeal, I have decided to
affirm the FBI's action on your request.

    You are the subject of one Headquarters main file entitled
Crimes Against Persons.

    These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R.
§ 16.96(a) (2001).  Because these records are not available to you
under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to the records.

    The FBI properly withheld certain information that is protected
from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(C).
This provision concerns records or information compiled for law
enforcement purposes, the release of which could reasonably be
expected to constitute an unwarranted invasion of the personal
privacy of third parties (including, in this instance, the names of
FBI employees).  I have also determined that this information is not
appropriate for discretionary release.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                         Sincerely,



                         Richard L. Huff
                         Co-Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1244 (JDB)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT H

EOUSA/FOIA/PA
02 MAR -5 PH 2:31

Damon Emanuel Elliott
Reg # 31034-037
U.S. Penitentiary
Box P M B
601 Mcdonough Blvd., S.E.
Atlanta, GA. 30315

Feb. 8, 2001
F.O.I.A. Request
Request No. 01-2704

Dear Assistant Director, Suzanne Little:

I wish to have **all** the records
on myself (Elliott) that are releasable
under FOIA and Privacy Act.

Thank you

Sincerely,

Damon Elliott

Damon Emanuel Elliott reg. # 31034-037
Box P M B
Atlanta, GA. 30315


E. O. I. A. REQUEST
Waiver of Fees


RE: ALL EXHIBITS


Dear Dept. of Justice :

Please send me a copy of all exhibits
in the reference case below? "confirmatory deed,
DNA results, picture etc, etc."


criminal no. : P.J.M. 97-053
Judicial District, U.S. District Court District of MD (Greenbelt)
D.O.B. 4-2-1970
S.S.N. 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
P.O.B. Washington, D.C. citizen of U.S.

I declare under penalty of perjury under the laws of the U.S.
that the foregoing is true and correct, and that I am the person
named above.

Sincerely,
Damon Elliott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
                                        )
            Defendant.                  )
                                        )

# EXHIBIT I

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street N W, Room 7300*
*Washington D C 20530*
*202-616-6757 Fax 202-616-6478*

DEC 3  2002

To _Federal Bureau of Investigations, Chief, FOIA/PA Section,_
_J. Edgar Hoover Building, Room 6296, Washington, D.C. 20534_

Request Number ___EOUSA 01-2704_____

Requester _S/R_ ( Damon Elliott )

Subject of Request._____SELF_____

Dear FOIA/PA Contact.

The enclosed Freedom of Information Act/Privacy Act request was
received by this office   The paragraphs checked below apply.

1    [ ]   As your office may have records responsive to this request,
            we are referring it to you for a direct response to the
            requester

2    [XX]  While processing this request, we located the enclosed
            records which originated in your office   We are referring
            **six (6) pages of material and a copy of the request** to you
            for a direct response to the requester.

      We have notified the requester of this referral.

      If you have any questions about this matter, please contact
the FOIA/PA processor named below

                                        Sincerely,

                                        Marie A. O'Rourke

                                        Marie A  O'Rourke
                                        Assistant Director

Name:_____Virginia Browne_____
Phone·_____202-616-6750_____

Enclosure(s)
Requester      Damon Elliott
                31034-037
                United States Penitentiary
                Box PMB
                Atlanta, GA  30315         Form No  007 - 3/00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                              )
                                           )
                                           )
            Plaintiff,                      )
                                           )
      v.                                    )     Civil Action No. 06-1244 (JDB)
                                           )
FEDERAL BUREAU OF INVESTIGATION,            )
                                           )
                                           )
            Defendant.                      )
                                           )

# EXHIBIT J



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Elliott Damon                                      July 23, 2003
Reg # 31034 - 037
U.S. Penitentiary
Box PMB
601 McDonough Blvd., S.E.
Atlanta, GA 30315

Request No.: - GR 02 -128
Subject: Elliott Damon

Dear Requester:

While processing your Freedom of Information-Privacy Acts (FOIPA) request, the Executive Office for United States Attorneys located FBI information in their records. This material was referred to the FBI for direct response to you.

Enclosed are copies of the referred material. Deletions have been made pursuant to Title 5, United States Code, Section(s) 552/552a as noted below. See the enclosed form for an explanation of these exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

You may appeal any denials by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                          )
                                        )
                                        )
          Plaintiff,                    )
                                        )
          v.                            )     Civil Action No. 06-1244 (JDB)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
                                        )
          Defendant.                    )
                                        )

# EXHIBIT K