UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAMON ELLIOTT, | : | |
|     Plaintiff | : | |
| vs. | : | Civil No. 06-1244 (JDB) |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION, | : | |
|     Defendant. | : | |

ERRATA

The attached documents are submitted to correct the civil case number in the caption of defendant's motion papers and to file Exhibit K which defendant was unable to download into ECF last night for unknown technical reasons.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of August, 2006, a copy of the foregoing Errata was mailed first class postage prepaid to the defendant pro se

Damon Elliott
#31034-037
F.C.C. -USP-2
POB 1034
Coleman, Florida 33521

                                            Rhonda C. Fields
                                            Assistant United States Attorney