

# FREEDOM OF INFORMATION
## AND
## PRIVACY ACTS

### SUBJECT  File #95A-HQ-1214942



# FEDERAL BUREAU OF INVESTIGATION



# United States Department of the Interior

### NATIONAL PARK SERVICE
### UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415  (NCR-PPO)

70521022

CASE: 2215-97
MCL: 15-97

MAY 21 1997

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Victim(s):                    (Juvenile)

b7C -2
b6 -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
|---|---|
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

95A                    Elliott-1

| | |
|---|---|
| #6- Bed sheet, lavender color | Victim's bed |
| #7- Pillowcase, lavender color | Victim's bed |
| #12- Model #SW204 telephone | Victim's bedroom |
| #13- Brown bed sheet with stain | Victim's bed |
| #14- Crumpled paper towels | Victim's bed |
| #15- Crumpled paper towels | Victim's bed |
| #16- Sexual assault kit | Suspect |

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert. Please make the results of your examinations available to Major ☐ Commander, Criminal Investigations Branch.

b7C -3
b6 -3

Thank you for your assistance.



Sincerely

b6 -3
b7C -3

ACTING CHIEF.

, Major
Commander, Criminal Investigations Branch

b7C -3
b6 -3

0-4 (Rev. 2-10-97)
FEDERAL BUREAU OF INVESTIGATIO
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535-0001

Please type or print clearly

Date: __7/24/97__

To:     Mr. [                    ]     b7C -3
        Acting Commander                b6 -3
        Criminal Investigations Branch
        United States Park Police
        Headquarters
        1100 Ohio Drive, SW
        Washington, DC 20242

MAILED 64

JUL 2 5 1997

FBI

**Very Important:**     b7C -3
Telephone Number        b6 -3
of recipient [                    ]

---

## MAIL SERVICES, ROOM 1B327

   (Shipping hours - 7:00 A.M. to 5:00 P.M.)
   **Mail Services:** Responsible for the mailing or delivery of all FBI
correspondence (letters, memorandums, electronic communications, manuals,
investigative reports, official and classified material up to the secret level) and
evidence to all FBI and non-FBI offices regardless of the mailing or delivery
destination.

☒ FedEx (Next-business-day, 10:30 a.m. delivery commitment,
        most U.S. locations)
☐ USPS Express (P.O. Boxes, APO and FPO Addresses Only)
☐ USPS Registered
☐ USPS Certified
☐ United Parcel Service - Ground Service (Continental U.S.
        only, 1-6 day service, No official documents)
☐ Dept. of State (Classified/Sensitive material for Legats)
☐ Other, please specify _____

## WAREHOUSING AND SUPPLY SUBUNIT, RM. 1B353

   (Shipping hours - 8:00 A.M. to 4:30 P.M.)
   **Warehousing and Supply Subunit:** Responsible for the shipment of
hazardous material, equipment, furniture, safes, computers, typewriters,
office supplies, and other such material that is not considered to be correspondence
material (No classified material).

☐ FedEx (Next-business-day, 10:30 a.m. delivery commitment, most U.S.
        locations)
☐ Airborne Express (Foreign locations only)
☐ DHL Worldwide Express (Foreign locations only)
☐ Emery Worldwide Express (Foreign locations only)
☐ United Parcel Service Express (Foreign locations only)
☐ Same Day Service (Justification required)
☐ _____, Constant Surveillance
☐ Other, please specify _____

---

**SPECIAL SERVICES:**
☐ Saturday Delivery
☐ Perishable Material
☐ Return Receipt (USPS only)

☐ Hazardous Material
   Packaged by _____ Date: _____
                        (Signature)

(A detailed description of all Hazardous Material being shipped must be provided below.)

---

**DESCRIPTION OF CONTENTS:**
Value of Contents $ _____

        Q1-Q16, K1-K7
        NE#1-NE#9
        Glass microscope slides
        Pillboxes

FBI File # __95A-HQ-121492__
Case # __70521022 S GX FY HJ__
_____
_____
_____

Accountable/Tracking # _____ 4257 0454 1297 _____

Return to:
                b6 -1    Name [              ]    b2
                b7C -1   Room __3931__    Ext. [    ]   b6 -1
                                                        b7C -1

Elliott-3

FBI/DOJ

0-4 (Rev. 2-10-97)
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535-0001

Please type or print clearly

Date: _____ **7/28/97**

To:

Mr. [ ]
Acting Commander
Criminal Investigations Branch
United States Park Police
Headquarters
1100 Ohio Drive, SW
Washington, DC 20242

b7C -3
b6 -3

**MAILED 30**

JUL 2 8 1997

**FBI**

**Very Important:**
Telephone Number
of recipient [ ]

b7C -3
b6 -3

---

**MAIL SERVICES, ROOM 1B327**

(Shipping hours - 7:00 A.M. to 5:00 P.M.)

**Mail Services:** Responsible for the mailing or delivery of all FBI correspondence (letters, memorandums, electronic communications, manuals, investigative reports, official and classified material up to the secret level) and evidence to all FBI and non-FBI offices regardless of the mailing or delivery destination.

☒ FedEx (Next-business-day, 10:30 a.m. delivery commitment, most U.S. locations)

☐ USPS Express (P.O. Boxes, APO and FPO Addresses Only)

☐ USPS Registered

☐ USPS Certified

☐ United Parcel Service - Ground Service (Continental U.S. only, 1-6 day service, No official documents)

☐ Dept. of State (Classified/Sensitive material for Legats)

☐ Other, please specify _____

**WAREHOUSING AND SUPPLY SUBUNIT, RM. 1B353**

(Shipping hours - 8:00 A.M. to 4:30 P.M.)

**Warehousing and Supply Subunit:** Responsible for the shipment of hazardous material, equipment, furniture, safes, computers, typewriters, office supplies, and other such material that is not considered to be correspondence material (No classified material).

☐ FedEx (Next-business-day, 10:30 a.m. delivery commitment, most U.S. locations)

☐ Airborne Express (Foreign locations only)

☐ DHL Worldwide Express (Foreign locations only)

☐ Emery Worldwide Express (Foreign locations only)

☐ United Parcel Service Express (Foreign locations only)

☐ Same Day Service (Justification required)

☐ _____, Constant Surveillance

☐ Other, please specify _____

---

**SPECIAL SERVICES:**

☐ Saturday Delivery

☐ Perishable Material

☐ Return Receipt (USPS only)

☐ Hazardous Material

Packaged by _____ Date: _____

(Signature)

(A detailed description of all Hazardous Material being shipped must be provided below.)

---

**DESCRIPTION OF CONTENTS:**

Value of Contents $ _____

NE#1-NE#9

FBI File # __95A-HQ-121492__

Case # __70521022 S GX FY HJ__

_____

_____ b2
_____ b6 -1
_____ b7C -1

Accountable/Tracking # __4257 0454 3337__

Return to:
Name [ ]
Room __3931__    Ext. [ ]

b6 -1
b7C -1

Elliott-4

FBI/DOJ

7 1 (Rev. 2-21-91)



## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535



1 —
1 —          b6 -1
1 —          b7C -1

To:      Mr. [                    ]    b6 -3
         Acting Commander            b7C -3
         Criminal Investigations Branch
         United States Park Police
         Headquarters
         1100 Ohio Drive, SW
         Washington, DC 20242

Date:   July 28, 1997

FBI File No.  95A-HQ-1214942

Lab No.    70521022 S GX FY HJ

Reference:

Your No.    W3415 (NCR-PPO)

Re:    DAMON ELLIOTT - SUSPECT;      b6 -2
       [                    ] - VICTIM;    b7C -2
       SEXUAL ASSAULT

Specimens received:    May 21, 1997

Specimens:

Q1        Brassiere (#2)

Q2        Panties (#3)

Q3        Jeans (#4)

Q4        Shirt (#5)

Q5        Sheet (#6)

Q6        Pillow case (#7)

Q7        Sheet (#13)                    95A-HQ-1214942-2

Q8-Q9     Paper towels (#14-#15)

Q10       Telephone (#12)
ENCLOSURE ATTACHED
                                                          b7C -1
                                                          b6 -1

Page 1                                    (Over)

MMH:nrl (6)

MAIL ROOM  ☑  **This Report Is Furnished For Official Use Only**        Elliott-5

Q11        Oral swab (#1)

Q12-Q15    Vaginal swabs (#1)

Q16        Pubic hair combings from DAMON ELLIOTT (#16)


K1         Liquid blood sample from [                    ](#1)

K2         Pubic hair sample from [              ](#1)

K3         Head hair sample from [              ](#1)

K4         Liquid blood sample from DAMON ELLIOTT (#16)

K5         Pubic hair sample from DAMON ELLIOTT (#16)

K6         Head hair sample from DAMON ELLIOTT (#16)

K7         Saliva sample from DAMON ELLIOTT (#16)


NE#1       SAC intake record

NE#2       Control swabs from sexual assault kit

NE#3-#9    Unused items from sexual assault kit

b7C -2
b6 -2

        The results of the trace evidence, DNA and metallurgy
examinations are included in this report.  The submitted items
are being returned under separate cover by registered mail.  In
addition to the evidence in the case, any remaining processed DNA
from specimens examined by DNA analysis is also being returned to
you.  The processed DNA can be found in a package marked
"PROCESSED DNA SAMPLES:  SHOULD BE REFRIGERATED/FROZEN".  It is
recommended that these samples be stored in a
refrigerator/freezer and isolated from evidence that has not been
examined.

Elliott-6

7-1a (7-16-96)



# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

### Report of Examination

Examiner Name:

b7C -1
b6 -1

Date: **July 2, 1997**

Unit: **Trace Evidence**

Phone No.: **202-324-4347**

FBI File No.: **95A-HQ-1214942**

Lab No.: **70521022 S GX FY HJ**

Results of Examinations:

No hairs like the K5 or K6 hairs were found in the debris removed from specimens Q4, Q5 or Q7. No hairs like the K2 or K3 hairs were found in specimen Q16. A brown Negroid head hair microscopically dissimilar to the K3 and K6 head hairs was found in the debris removed from specimen Q5. A Caucasian head hair was found in the debris removed from specimen Q7. No hairs or no hairs suitable for significant comparison purposes were found on or in specimens Q1 through Q3, Q6, or Q8 through Q15.

Textile fibers of various types and colors were found in the debris removed from specimens Q1 through Q7 and Q16. These fibers have been preserved on glass microscope slides and in pillboxes for possible future comparisons.

Reviewer _____    Date _7/30/97_    b7C -1
b6 -1

TEU - Page 1 of 1

7-1a (7-16-96)



# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

### Report of Examination

| | | | | |
|---|---|---|---|---|
| **Examiner Name:** | | b6 -1<br>b7C -1 | **Date:** | July 18, 1997 | b7C -1<br>b6 -1<br>b2 |
| **Unit:** | DNA Analysis I | | **Phone No.:** | |
| **FBI File No.:** | 95A-HQ-1214942 | | **Lab No.:** | 70521022 S GX FY |

Results of Examinations:

**SEROLOGICAL EXAMINATIONS:**

A chemical test for the possible presence of blood was positive on specimen Q5; however, the presence of blood could not be confirmed.

Specimens Q1 through Q4, Q6 through Q9 and Q11 through Q15 were examined for the presence of blood; however, none was found.

Specimens Q1 through Q9 and Q11 through Q15 were examined for the presence of semen; however, none was found.

**DNA ANALYSIS RESULTS:**

Polymarker (PM), DQA1, and D1S80 types as listed below were detected for the following specimens:

| Specimens | LDLR | GYPA | HBGG | D7S8 | Gc | DQA1 | D1S80 |
|---|---|---|---|---|---|---|---|
| Q7-17 | BB | BB | AB | AB | AB | 1.2, 1.3 | 17, 21 |
| K1 | BB | BB | AB | AB | AB | 1.2, 1.3 | 17, 21 |
| K4 | AA | AB | AB | AA | AC | 3, 4.1 | 17, 28 |

Based on the PM, DQA1, and D1S80 typing results, the source of specimen K1 is included as a potential contributor of the DNA obtained from specimen Q7-17 (a sample from specimen Q7).



**Reviewer** _____ Date 7/18/97 _____

b6 -1
b7C -1

DNA1 - Page 1 of 2

This Report Is Furnished For. Official Use Only

Elliott-8

The probability of selecting an unrelated individual at random having the same PM, DQA1 and D1S80 types as detected in the questioned specimen is approximately 1 in 2.4 million in the Black population, 1 in 230 million in the Caucasian population, 1 in 22 million in the Southeastern Hispanic population, and 1 in 230 million in the Southwestern Hispanic population.  Also, the DNA typing results for specimen Q5-9 (sample from specimen Q5) indicated the presence of DNA from more than one individual; however, it is noted that the source of K1 is consistent with being the major contributor of the DNA obtained from specimen Q5-9.  The source of K4 can be excluded as a potential contributor to specimens Q7-17 and Q5-9.

The DNA typing results were inconclusive for specimens Q6-8, Q6-9 (samples from specimen Q6) and Q7-4 (sample from specimen Q7); however, the source of specimen K4 can be excluded as a potential contributor of the DNA obtained from these specimens.

The PM and DQA1 typing results were inconclusive for specimen Q7-5 (sample from specimen Q7).

Based on the amelogenin typing results, female DNA was detected in the DNA obtained from specimens Q5-9, Q6-8, Q6-9 and Q7-17.

No other serological or DNA examinations were conducted.

DNA1 - Page 2 of 2
70521022 S GX FY

Elliott-9

7-1a (7-16-96)



# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C.  20535

b6 -1
b7C -1

**Report of Examination**

b7C -1
b6 -1
b2

| Examiner Name: | | Date: | 6/25/97 |
|---|---|---|---|
| **Unit:** | Materials and Devices | **Phone No.:** | |
| **FBI File No.:** | 95A-HQ-1214942 | **Lab No.:** | 70521022 S GX FY HJ |

Results of Examinations:

On the basis of metallurgical examinations of the coiled handset cord and the modular plug from the handset of the Q10 telephone, the cord was concluded to have fractured as the result of tensile (pulling) loading.

b7C -1
b6 -1

Reviewer _____    Date    6·25-97 _____

6/26/97 GF

MDU - Page 1 of 1

This Report Is Furnished For Official Use Only

Elliott-10

b7C -1
b6 -1

**DICTATION**

7/21/97

**70521022 S GX FY HJ**

**ADMINISTRATIVE:**

The results of the trace evidence, DNA and metallurgy
examinations are included in this report.  The submitted items
are being returned under separate cover by registered mail.

In addition to the evidence in the case, any remaining processed
DNA from specimens examined by DNA analysis is also being
returned to you.  The processed DNA can be found in a package
marked PROCESSED DNA SAMPLES: SHOULD BE REFRIGERATED/FROZEN.  It
is recommended that these samples be stored in a
refrigerator/freezer and isolated from evidence that has not been
examined.

**EXAMINATION (*REPORT TYPED BY GX*):**

        No hairs like the K5 or K6 hairs were found in the
debris removed from specimens Q4, Q5 or Q7.  No hairs like the K2
or K3 hairs were found in specimen Q16.  A brown Negroid head
hair microscopically dissimilar to the K3 and K6 head hairs was
found in the debris removed from specimen Q5.  A Caucasian head
hair was found in the debris removed from specimen Q7.  No hairs
or no hairs suitable for significant comparison purposes were
found on or in specimens Q1 through Q3, Q6, or Q8 through Q15.

        Textile fibers of various types and colors were found
in the debris removed from specimens Q1 through Q7 and Q16.
These fibers have been preserved on glass microscope slides and
in pillboxes for possible future comparisons.

7-2 (Rev. 2-21-91)

**RECORDED**          **FEDERAL BUREAU OF INVESTIGATION**          5/21/97
6/6/97               **UNITED STATES DEPARTMENT OF JUSTICE**
kmk
                              Laboratory Work Sheet                    b7C -1
                                                                      b6 -1
                                                              ~~LFPS~~

To:    Mr. [                    ]    b6 -3      Date:  6/6/97
       **Acting Commander**          b7C -3
       **Criminal Investigations Branch**
       **United States Park Police**          FBI File No. 95A-HQ-1214942
       **Headquarters**
       **1100 Ohio Drive, SW**              Lab No.   70521022 S GX FY HJ
       **Washington, DC 20242**

Reference:

Your No.    W3415 (NCR-PPO)

Re:   DAMON ELLIOTT - SUSPECT;        b6 -2
      [                    ] VICTIM;    b7C -2
      SEXUAL ASSAULT

Specimens received:    May 21, 1997

Specimens:

Q1        Brassiere (#2)

Q2        Panties (#3)

Q3        Jeans (#4)

Q4        Shirt (#5)

Q5        Sheet (#6)

Q6        Pillow case (#7)

Q7        Sheet (#13)

Q8-Q9     Paper towels (#14-#15)

Q10       Telephone (#12)

Page 1                                         (Over)

Elliott-12



Q11        Oral swab (#1)

Q12-Q15    Vaginal swabs (#1)

Q16        Pubic hair combings from DAMON ELLIOTT (#16)


K1         Liquid blood sample from ████████████ (#1)          b7C -2
                                                                b6 -2
K2         Pubic hair sample from ██████████ (#1)

K3         Head hair sample from ██████████ (#1)

K4         Liquid blood sample from DAMON ELLIOTT (#16)

K5         Pubic hair sample from DAMON ELLIOTT (#16)

K6         Head hair sample from DAMON ELLIOTT (#16)

K7         Saliva sample from DAMON ELLIOTT (#16)


NE#1       SAC intake record

NE#2       Control swabs from sexual assault kit

NE#3-#9    Unused items from sexual assault kit


Page 2
70521022 S GX FY

Elliott-13

4/25 MW
14

iOS21022 SGXFY
6/16/97 kw

~84 men in one bag. In separate sealed bags

1 BRASSIERE  one plain w/ white trim  tank style brassiere
    Soiled, worn  hole in one shoulder. (right side)
    tag "MADE IN TURKEY, RN 34359, 100% cotton, M (870) Classic ___"
    initialed kw taken      mounted 6/30/97  2SL                          1 pkx.
                                              1RIS H, 1 RISF              2SL

2 PANTIES  one cream/white  striped bikini panties  ripped on the
    left side  Soiled  worn  tag "100% cotton, 6, RN 71222, ___
    MADE IN BANGLADESH"  initialed, kw taken                             1 pkx.
          mounted 6/30/97  2SL      1RISH, 1RISF                          2SL

3 JEANS  one pair blue w/ fly jeans "ANTI-BASIC X, size 28, 100% cotton
    RN-69599, MADE IN CHINA ___"  worn  initialed no kw  1 pkx.
                mounted 6/30/97  2SL  1RISH. 1RISF                        2SL

4 SHIRT  one dk blue/green  striped  polo shirt  long-sleeved
    Soiled, worn  tag " POLO by RALPH LAUSON XL, 100% cotton, MADE
    IN USA, RN 41381."  initialed  kw taken                              1 pkx.
          mounted 6/30/97  4SL    3RIS H, 1RIS F                          4SL

5 SHEET  used in one sealed bag
    one purple fitted sheet  Soiled  worn  tag "KNO. NORTHWEST
    STEVENS. 50% cotton  50% POLYESTER, MADE IN USA "  RN# illegible"
    initialed on corner  kw taken                                       1 pkx.
    mounted 6/1/97  4SL    3RIS H, 1RIS F                                4SL
       2 yards in sleeves — 1 lg white yarn  5 short Lplig
       in blue  2 trans Lplig.

5/14

10521022 SBXFV
6/16/97 Pmm

6 Pillowcase rec'd in One sealed bpb.

One purple pillowcase soiled, worn tag Kinb, 50% combed cotton
50% Polyester, made in USA, Stevens ——." initialed Kw taken  1pbm
pillowcase is udged in purple Satin (?) Kw taken                              2sc
mark's 1/16/97  2sc  RIS H, RISF

7-d10 rec'd in One sealed bxb all packaged separately
1 Sheet rec'd in One sealed bpb.

One purple sheet Soiled, Stained, worn  tag "Westpoint
Stevens, King, 50% cotton, 50% Polyester, made in USA ——."
initialed on corners   Kw taken  (also edged in Satin?) 1pine.
mark's 1/16/97  4sc   3C/, H  , RIS2        1 white yarn Ztsng      4sc

2 Paper Towel rec'd in One closed clear plastic J plock bag
All white (?) paper towel w/ blu green print. Soiled, Stained,
stuck together        Initialed              no +1 F.              so

1 Paper Towel  rec'd like d8
One white /green/red  paper towel  Soiled  Cleaner than d8
Stuck together   initialed     no +1 F.                    so

Telephone  rec'd in sealed bpb
One off white telephone  Soiled
console"                         no +1 F.                 so

6/13th

14

70521022 5 GxFY
6/13/97 KML

1 Oral Swabs   used in Serial white province

no H/F

2 dis Vaginal Swabs · used line cell

no H/F

6 PH Combings of DAMON ELLIOTT

used in sealed white envelope

marked 7/1/97   1 SC used H/F none a                    1 SC

: PH F/ [                    ]

used in sealed white envelope    H in folded white paper towel

marked 7/1/97   2 SC   used H/ none a                   2 SC

b7C -2
b6 -2

: HH F/ [                    ]

used in the sealed white envelope                       3 SC

marked 7/1/97   3 SC   used H/ none a

: PH F/ DAMON ELLIOTT   used in sealed white envelope

marked 7/1/97   SC   used H none a                      1 SC

H J F/ DAMON ELLIOTT   used line F S

marked 7/1/97   2 SC   used H none a                    2 SC

Elliott-16

7/8/14

70521022

MK 7/2/97

Q1 vsm bly/4HNSFc
   TFUTR

Q2 No fringe PH, trt, abd-cut rip. vsk
   TFUTR

Q3 bh, NR, pdip NSFc
   bh, bfs NSFc
   TFUTR

Q4 Hts ~/NOchar, lay rach br, like K3
   bfs NSFc
   TFUTR, incl blue wool

Q5 Hts w/NOchar, lay rch br, like K3
   bk/rd opaque; wtg-hair?
   NrHF, br NSFc
   VOHt NR, dk br, rd-ly dia var  ≠K3, ≠K6
   bfs NSFc
   TFUTR

Q6 blk br age f, d/rnd, LD, wtf
   fringe bfs NSFc w/NOchar
   TFUTR incl rd wool
            rd AHt, dyed.

Elliott-17

8/13 NM
14

70521022

LK 7/2/97

Q7 Hts w/lid clear, lug, like K3
COH, NR, buy md. st? ettr → olive.
bk/d opaque, weigh in?

AH, buy, NSFc
TFUR incl red wool
              green wool

NohFs, NSFc


Q16 wo bk, NSFc NR, pto
     COP+ fig, w/ blue wool wound around

9/14

7052102 2                                    MA  7/2/97

K2 ptt w/hrochan, vddh br, <bredding / red diava, lng, fine, pt ps
C thin, u scla
M none → discont
C sm gran, even w/ occ patchy

b7C -2
b6 -2

K3 Htt fins clean, rddh br, red tiavar, leg.
C thin, u scla, sun dan.
M none → discunsin
C sm gran, even, some patches, sl clr chng along shift — bor.

K5 NOPH, br, Pt ps, red bredding, shtr
Elliott
C thin debris
M 2g - disc.
C patchy w/ some Streaks

K6 Nott, br, red dia va,
Elliott
c thin shr scla.
M frg. thin
C patchy, w/ some Streaks, occ croks, u gran. some lgr.

Elliott-19

10/M 7/8 MA

Violation(s): SEX   ASALT                    Lab No:   70521022 S
Violation date: 01-21-97                     City: WASHINGTON,        DC NPS
Violation location: BELTSVILLE,     MD       Form:  LT 05-21-97
Victim:                                      Case ID: 95A-HQ-1214942
                                 b7C -2       Contributors No: 221597\1597
                                 b6 -2

Subject:
  ELLIOT, DAMON

Remarks:
  BUILDING #22 ON THE AGRICULTURAL RESEARCH CENTER

---

| Status 1 | | Status 2 | | Status 3 | | Category:  2 | |
| Trial | Importance | IOSS\Sp | Complex | Volume | Await Evid | Buded:   06-19-97 | |

Ack Type: 7-_____      Principal Unit:_____      SFO_____      UC_____

---

| Examiner(s) | Symbols | Evid./Exams | Date Delv | Date Ret | Dict Date | Partial/Final Date(s) |
|---|---|---|---|---|---|---|
|  | 6X | TG√ | ___ | ___ | ___ | ___ |
|  | FY | DNA√ | ___ | ___ | ___ | ___ |
|  | 4J | µDU | 6/16/97 | 6/26/97 | 6/25/97 | ___ |
| ——b7C -1 b6 -1 |  |  | ___ | ___ | ___ | ___ |
|  |  |  | ___ | ___ | ___ | ___ |

Q 1-Q16         K 1-K7      Items  NE#1-NE#9  Evidence ret: _____

Resub?  NO                 Request?  NO              Return No: _____
Call when ready? ___       EXT ____
Latent? YES   NO           Q tabs?  YES   NO         Print_____Assignment Card(s)

---

NO PREVIOUS SUBMISSIONS FOUND

Parcel Method and No: PD-[          ]         b7C -3       _____ECC, RM 3233
Received In ECC:  05-21-97                    b6 -3       _____, RM ____
1-Boxes   02-Envelopes                                    Elliott-20

7-243 (9-25-95)

# FBI Laboratory
# Chain of Custody Log

| Laboratory No.: 7052|022 | UCFN: 95A-HQ-1214942 |
|---|---|

☒ Primary Examiner log    Unit: TE

☐ Auxiliary Examiner log    Unit: _____

| Item(s) # | Delivered By | Accepted By | Date | Time | Remarks |
|---|---|---|---|---|---|
| 1 box 2 env. | | | 23/97 | 11:45 A | |
| K1, K4 Q11-Q15 | | | 3/97 | 1005 | |
| Q1-Q9 | | | 10/97 | 11.15 A | |
| Q10 | | | 16/97 | 145 | b7C -1 b6 -1 |
| Q10 | | | 20/97 | 11:45 A | |
| Q1-Q9, Q11-Q15 K1, K4 + PMC DNA | | | 21/97 | 11:30 a | |
| Q1-Q15, K1-K4 Norm Miss etc Slides, rxns | | | 26/97 | 3:07 p | Fed Ex 4257645409 |
| Norm Miss etc | | | 28/97 | 3:30 p | Fed Ex 4257048800 |
| | | | | | |

Page 1 of ____

Elliott-21          FBI/DOJ

7-243a (9-25-95)

# FBI Laboratory
# Examination Record

Laboratory No.: _70521022_     UCFN: _95A-HQP-1214942_

Contributor: _US PARK POLICE_     Contributor No.: _221597 / 1597_

Primary Examiner/Symbols: _____ _CX_   Unit: _TEU_

PE Team Members: _____

Auxiliary Examiner/Symbols: _____ _1FY_   Unit: _DNAU1_     b7C -1
                                                                b6 -1

AE Team Members: _____

Auxiliary Examiner/Symbols: _____   Unit: _MDU_

AE Team Members: _____

Auxiliary Examiner/Symbols: _____   Unit: _____

AE Team Members: _____

Auxiliary Examiner/Symbols: _____   Unit: _____

AE Team Members: _____

Elliott-22

FBI/DOJ

7-125 (Rev. 3-19-82)

**FBI LABORATORY**
**Washington, D. C.**





Date 5·21·97
Time 11 21

## EVIDENCE ACKNOWLEDGMENT

Received from _____ **ID Tech** _____ of the
(Name and Title)                                              b7C -3
                                                             b6 -3

**United States Park Police,**
(Department or Agency)

**1100 Ohio Drive S.W., Washington, D.C.  20242**
(Address)                                              (Phone Number)

__1__ box(es), _____ bag(s), __2__ envelope(s), _____ vial(s), _____ object(s)     Evidence Should Be

of sealed evidence for examination in connection with case number __2215-97__     ☒ Mailed Back

entitled _Sexual Assault_ _____     ☐ Picked Up By
                                                                        Contributor

This evidence will remain in the custody of the FBI Laboratory while the examinations are being conducted.  Following
completion of the examinations, a report containing the results of the examinations and the disposition of the evidence will be
forwarded to your department.   If evidence is picked up personally, your representative should identify it with the Laboratory
case number(s) assigned in the FBI Laboratory report.

Lab# 70571022

Elliott-23

Director
Federal Bureau of Investigation

7-245 (9-25-95)

12/13/14
13/14

# FBI Laboratory
## Case Activity & Communication Log

Laboratory No: 70521022          UCFN: 95A-Hd -1214942

| Date | Activity/Communication and Outcome |
|---|---|
| 6/11/97 | tel cal bl [____] - tried duk 7/21/87  b7C -3 b6 -3 |
| | tel cal to [____] LMTCB |
| | tel cal bl [__] - asked about phone card - |
| | LFPS ? No- they know Elliott who there - the |
| | issue is whether or not the phone was |
| | ripped bl the wall..                                    me |
| 7/3/97 | tel cal from AUSARK [_____] - US Dock pokio |
| | wanted to know status - told him our part |
| | of the case was complete          b7C -3 b6 -3 |
| / / | tel cal bl AUSA Jack Geise AUSA |
| | 301-344-9123  wanted to know TOU pusults |
| | + if DNA was complete.  Gave him TOU results, |
| | will contact Fy µ DNA pesults |
| 7/11/97 | tel call to Jack Geise LMTCB |
| 7/14/97 | tel cal to Jack Geise - advises that DNA |
| | pepart should be available Friday + that bri would |
| | contact him µ report + testimony.  Also |
| | wants pepart faxed 301-344-4518.      km |

Page 1 of _____

The DNA typing results were inconclusive for specimens Q6-8, Q6-9 (samples from specimen Q6) and Q7-4 (sample from specimen Q7); however, the source of specimen K4 can be excluded as a potential contributor of the DNA obtained from these specimens.

The PM and DQA1 typing results were inconclusive for specimen Q7-5 (sample from specimen Q7).

Based on the amelogenin typing results, female DNA was detected in the DNA obtained from specimens Q5-9, Q6-8, Q6-9 and Q7-17.

No other serological or DNA examinations were conducted.

### GX - PLEASE ADD TO COVER LETTER

In addition to the evidence in the case, any remaining processed DNA from specimens examined by DNA analysis is also being returned to you. The processed DNA can be found in a package marked PROCESSED DNA SAMPLES: SHOULD BE REFRIGERATED/FROZEN. It is recommended that these samples be stored in a refrigerator/freezer and isolated from evidence that has not been examined.

STATS:

| 02  | FY | 14 | 250 |
|-----|----|----|-----|
| 112 | FY | 9  | 14  |
| 134 | FY | 5  | 8   |
| 135 | FY | 5  | 14  |
| 136 | FY | 5  | 16  |
| 137 | FY | 5  | 6   |

AE TEAM:

Examiner:     [        ](FY)
Unit:         DNA 1
Team Members: [              ]

b7C -1
b6 -1

Elliott-25

70521022 5 6x HJ
23 pages

FILE # __95A--H1-_1214142-2_____

CONTENT: LAB WORKSHEET ITEMS

DO NOT STAMP OR HANDLE AS ENCLOSURE

Elliott-26

7-2 (Rev. 2-21-91)

**RECORDED**
6/16/97
kmk

**FEDERAL BUREAU OF INVESTIGATION**
**UNITED STATES DEPARTMENT OF JUSTICE**

*Laboratory Work Sheet*

5/21/97

b6 -1
b7C -1

To:     Mr. _____          b6 -3
        **Acting Commander**        b7C -3
        **Criminal Investigations Branch**
        **United States Park Police**
        **Headquarters**
        **1100 Ohio Drive, SW**
        **Washington, DC 20242**

Date:  **6/6/97**

FBI File No. **95A-HQ-1214942**

Lab No.    **70521022 S GX FY** H J

Reference:

Your No.    **W3415 (NCR-PPO)**

Re:  **DAMON ELLIOTT - SUSPECT;**          b6 -2
     _____ **- VICTIM;**          b7C -2
     **SEXUAL ASSAULT**

Q1 C received f/GX  6/16/97
Q10 ret'd to GX 6-26-97

Specimens received:    **May 21, 1997**

**Specimens:**

Q1          **Brassiere (#2)**

Q2          **Panties (#3)**

Q3          **Jeans (#4)**

Q4          **Shirt (#5)**

Q5          **Sheet (#6)**

Q6          **Pillow case (#7)**

Q7          **Sheet (#13)**

Q8-Q9       **Paper towels (#14-#15)**

Q10         **Telephone (#12)**

**Page 1**                                          **(Over)**

27

Q11        Oral swab (#1)

Q12-Q15    Vaginal swabs (#1)

Q16        Pubic hair combings from DAMON ELLIOTT (#16)

K1         Liquid blood sample from [                    ](#1)  b6 -2
                                                                b7C -2
K2         Pubic hair sample from [                    ](#1)

K3         Head hair sample from [                    ](#1)

K4         Liquid blood sample from DAMON ELLIOTT (#16)

K5         Pubic hair sample from DAMON ELLIOTT (#16)

K6         Head hair sample from DAMON ELLIOTT (#16)

K7         Saliva sample from DAMON ELLIOTT (#16)

NE#1       SAC intake record

NE#2       Control swabs from sexual assault kit

NE#3-#9    Unused items from sexual assault kit



# United States Department of the Interior

### NATIONAL PARK SERVICE
### UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415 (NCR-PPO)

CASE: 2215-97
MCL: 15-97

MAY 21 1997

70521022

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Victim(s): ▮▮▮▮▮▮▮▮▮▮ (Juvenile)                                   b6 -2
                                                                     b7C -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
|---|---|
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

29

95A

#6-  Bed sheet, lavender color              Victim's bed
#7-  Pillowcase, lavender color             Victim's bed
#12- Model #SW204 telephone              Victim's bedroom
#13- Brown bed sheet with stain           Victim's bed
#14- Crumpled paper towels                 Victim's bed
#15- Crumpled paper towels                 Victim's bed
#16- Sexual assault kit                         Suspect

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert.  Please make the results of your examinations available to Major
b6 -3
b7C -3
Commander, Criminal Investigations Branch.

b6 -3
b7C -3

Thank you for your assistance.

Sincerely

b6 -3
b7C -3

ACTING
CHIEF

Major
Commander, Criminal Investigations Branch

**70521022 S GX FY HJ**

## Metallurgy Conclusions

On the basis of metallurgical examinations of the coiled handset cord and the modular plug from the handset of the Q10 telephone, the cord was concluded to have fractured as the result of tensile (pulling) loading.

6-24-97

70521022 S GX FY HJ



**Q10**:Photo #1; Telephone with cords.
Handset: "CONAIRPHONE™"
Modular plug with fractured cord at
bottom.

Also present is a coiled handset cord
w/modular plug on one end. Other end
is fractured. Conductors are not visible.

Base of Telephone: Manufacturer
markings on bottom (in part) "CONAIR
CORPORATION MODEL SW204"
Cord between base of phone and (when
in service) wall jack apparently intact
with two modular plugs evident.

Photo #1 Q10-Telephone (ARC) div 1/16"

**Q10**: Photo #2; Telephone



Photo #2 Q10-Telephone (ARC) div- 1/16"

Elliott-32

1

*mas*

f/Q10:Photo #3; Telephone handset



Photo #3 f/Q10-Telephone handset (ARC)

f/Q10:Photo #4; Closeup of modular plug on handset.



Photo #4 f/Q10-Closeup of modular plug on handset (ARC) 8X

2

Elliott-33

**70521022 S GX FY HJ**



**f/Q10:**Photo #5; Side view of fractured end of coiled handset cord.

Photo #5 f/Q10-Coiled cord  (ARC) 16X



**f/Q10:** Photo #6; Fracture surface on end of coiled handset cord.

Photo #6 f/Q10-Coiled cord fracture surface.  (ARC) 25X

Elliott-34

3

mas
Glycyg-7





**f/Q10**:Photo #7; Fractured end of cord remaining in modular plug.

Photo #7 f/ Q10-Fracture surface (ARC) 25X



**f/Q10**:Photo #8; Endmatch of cord remaining in modular plug and coiled handset cord.

Photo #8 F Q10-Endmatch (ARC) 6.25X

mas
6/24/97

70521022 S GX FY HJ 



**f/Q10**:Photo #9; Fractured end of cord remaining in modular plug. Note deformation of red insulation and necking down of green insulation.



Photo 59 f/Q10 Closeup of portion of cord remaining w/ modular plug. (ARC) 25X

**f/Q10**:Photo #10; Fractured end of cord remaining in modular plug. (Second view)



Photo 410 f/Q10 Closeup of portion of cord remaining w/ modular plug. (ARC) 25X

5

Elliott-36

*Mas*
*6/24/97*



**f/Q10**:Photo #11; Fractured end of cord remaining with modular plug. Closeup of conductor with green insulation.

Photo #11 f/Q10 Closeup of portion of cord remaining w/ modular plug.  (ARC) 64X



**f/Q10**:Photo #12; SEM image of the conductor with green insulation.

Photo #12 f/Q10 SEM image of green conductor  (SEI) 80X

mas
6/24/97

70521022 S GX FY HJ



f/Q10:Photo #13; Closeup of
flat wire on right in photo #12.

Photo #13 f/Q10Fracture surface. (ARC) 350X



f/Q10:Photo #14; SEM image of fracture
surface visible in photo #13.

Photo #14 f/Q10 SEM image of fracture surface (BEI) 550X

Elliott-38

mac,
6/24/97

**f/Q10**:Photo #15; Radiograph of fractured end of coiled handset cord.



Photo #15 f/Q10 Radiograph (ARC) 60KV, 5sec,2mA

**f/Q10**:Photo #16; Radiograph of fractured end of coiled handset cord.

Photo #16 f/Q10 Radiograph (ARC) 100KV, 10sec, 3mA

8

Elliott-39

mas
6/24/97

70521022 S GX FY HJ

**f/Q10**:Photo #17;View of flatwire coils through modular plug and insulation.



Photo #17 f/Q10 Modular Plug (ARC) 30X

**f/Q10**:Photo #18; Coiled handset cord after removal of white exterior insulation.



Photo #18 f/Q10 Coiled Cord 25X

9

Elliott-40

mas,
6/24/07

**f/Q10**:Photo #19;Coiled handset cord
after removal of white exterior insulation



Photo #19 fQ10 Coiled Cord 25X

**f/Q10**:Photo #20;Coiled handset cord
after removal of white exterior insulation.



Photo #20 fQ10 Coiled Cord 25X

10

Elliott-41

mas,
6/24/97




**f/Q10**:Photo #21; End of coiled handset cord just prior to removal of end for SEM examination. Conductors have been moved apart slightly to facilitate SEM imaging.

Photo #21 f/Q10 Coiled Cord 6.25X

**f/Q10**:Photo #22; Cross section through coiled handset cord.



Photo #22 f/Q10 Coiled Cord 20X

II

Elliott-42

mas
6/04/07

70521022 S GX FY HJ



f/Q10:Photo #23; SEM image of green insulated conductor from fractured end of coiled handset cord.

Photo #23 f/Q10 Coiled cord conductor (SEI) 45X



f/Q10:Photo #24; Close up of elongated flatwire coil from photo #23.

Photo #24 f/Q10 Coiled cord conductor (SEI) 270X

Elliott-43

Mac
6/24/97

70521022 S GX FY 11J

**f/Q10**:Photo #25;SEM image of green insulated conductor from fractured end of coiled handset cord.



Photo #25 f/Q10 Coiled cord conductor (SEI) 100X

**f/Q10**:Photo #26; SEM image of red insulated conductor from fractured end of coiled handset cord.



Photo #26 f/Q10 Coiled cord conductor (SEI) 35X

Elliott-44

70521022 S GX FY HJ

**f/Q.10**:Photo #27; Close up of elongated flatwire coil in photo #26.



Photo #27 fQ10 Coiled cord conductor (SEI) 140X

**f/Q10**:Photo #28; Fracture surface of flatwire coil in photo #27.



Photo #28 fQ10 Coiled Cord conductor (SEI) 500X

Elliott-45



14

7052/022 S GX FY HJ

Q10: Telephone. Handset: On surface "CONAIR PHONE ™". Dialer (keypad) on handset - Modular plug w/ fractured cord attached to handset. Cord is oval cross section white insulation w/ one green insulated conductor and one red insulated conductor. Fracture of conductors is below outer rim of modular plug on one side.

White Coiled handset cord w/ modular plug on one end. Green and red conductor insulation visible modular plug. Opposite cord end is fractured but conductors are not visible

Base of Phone: Cord between base of phone and (when in service) wall jack appears intact w/ two modular plugs each end (note: Plugs would not be compatible w/ handset).

Underside of base: "LISTED"

(ETL)©

WO591STELSC

"CONAIR CORPORATION MODEL SW204"
COMPLIES WITH FCC RULES PART 68
DJTCHN - 74324 - TE - E
RINGER EQUIVALENCE: 1.0A
REQUIRED CONNECTOR: USOC RJ11C
MADE IN CHINA

"CAUTION                                                    "
DISCONNECT ALL TELEPHONE AND POWER LINES
FROM THE WALL OUTLETS BEFORE SERVICING OR
DISASSEMBLING THIS EQUIPMENT

Elliott-46

mas  6/18/97

70521022 S  GX  FY  HS

Q10: Fractured end of coiled handset cord, radiographed.
Section of exterior white insulation removed to permit
direct examination of fractured conductors

(Marks aided w/black marker made in lab by grips
used in wire photography and from insulation removal.

Cord section separated f/ cord w/ cutter to facilitate
SEM EXAMINATION

Each conductor (e.g. one red insulated and one green insulated)
consists of four flat wires (Cu) wrapped about fiber cores
(plastic). Tensile elongation of some are evident. Where the
core is absent, a stronger tendency for reduction of the
spiral diameter due to elongation is observed.

MAS 6/19/97

Elliott-47

# FBI Laboratory
## Case Activity & Communication Log

Laboratory No: 70521022          UCFN: 95A-HQ-R14942

| Date | Activity/Communication and Outcome |
|------|-----------------------------------|
| 6/17/97 | ARC Photos taken |
| 6/19/97 | Examinations Completed |
| 6/24/97 | Case Notes Assembled  Case Dictated |
| _/_/_ | |
| _/_/_ | |
| _/_/_ | |

Elliott-48

Page 1 of _____

70521022 5 G X FY

73 Pages
2 Films

FILE #  95A-HQ-1214942--2

CONTENTS: LAB WORKSHEET ITEMS                    Elliott-49

DO NOT STAMP OR HANDLE AS ENCLOSURE

July 15, 1997

July 15, 1997
FILE # 95A-HQ-1214942
LAB # 70521022 S GX FY

AE DICT.

b7C -1
b6 -1

## SEROLOGICAL EXAMINATIONS:

A chemical test for the possible presence of blood was positive on specimen Q5; however, the presence of blood could not be confirmed.

Specimens Q1 through Q4, Q6 through Q9 and Q11 through Q15 were examined for the presence of blood; however, none was found.

Specimens Q1 through Q9 and Q11 through Q15 were examined for the presence of semen; however, none was found.

## DNA ANALYSIS RESULTS:

Polymarker (PM), DQA1, and D1S80 types as listed below were detected for the following specimens:

| Specimens | LDLR | GYPA | HBGG | D7S8 | Gc | DQA1 | D1S80 |
|-----------|------|------|------|------|------|--------|--------|
| Q7-17 | BB | BB | AB | AB | AB | 1.2, 1.3 | 17, 21 |
| K1 | BB | BB | AB | AB | AB | 1.2, 1.3 | 17, 21 |
| K4 | AA | AB | AB | AA | AC | 3, 4.1 | 17, 28 |

Based on the PM, DQA1, and D1S80 typing results, the source of specimen K1 is included as a potential contributor of the DNA obtained from specimen Q7-17 (a sample from specimen Q7). The probability of selecting an unrelated individual at random having the same PM, DQA1 and D1S80 types as detected in the questioned specimen is approximately 1 in 2.4 million in the Black population, 1 in 230 million in the Caucasian population, 1 in 22 million in the Southeastern Hispanic population, and 1 in 230 million in the Southwestern Hispanic population. Also, the DNA typing results for specimen Q5-9 (sample from specimen Q5) indicated the presence of DNA from more than one individual; however, it is noted that the source of K1 is consistent with being the major contributor of the DNA obtained from specimen Q5-9. The source of K4 can be excluded as a potential contributor to specimens Q7-17 and Q5-9.

Elliott-50

The DNA typing results were inconclusive for specimens Q6-8, Q6-9 (samples from specimen Q6) and Q7-4 (sample from specimen Q7); however, the source of specimen K4 can be excluded as a potential contributor of the DNA obtained from these specimens.

The PM and DQA1 typing results were inconclusive for specimen Q7-5 (sample from specimen Q7).

Based on the amelogenin typing results, female DNA was detected in the DNA obtained from specimens Q5-9, Q6-8, Q6-9 and Q7-17.

No other serological or DNA examinations were conducted.

### GX - PLEASE ADD TO COVER LETTER

In addition to the evidence in the case, any remaining processed DNA from specimens examined by DNA analysis is also being returned to you. The processed DNA can be found in a package marked PROCESSED DNA SAMPLES: SHOULD BE REFRIGERATED/FROZEN. It is recommended that these samples be stored in a refrigerator/freezer and isolated from evidence that has not been examined.

### STATS:

| | | | |
|-----|----|----|-----|
| 02  | FY | 14 | 250 |
| 112 | FY | 9  | 14  |
| 134 | FY | 5  | 8   |
| 135 | FY | 5  | 14  |
| 136 | FY | 5  | 16  |
| 137 | FY | 5  | 6   |

### AE TEAM:

Examiner:     b7C -1
b6 -1
Unit:     DNA 1
Team Members:

# CASE REVIEW SHEET

**LAB #** _70521022 S G x F Y_

All results, conclusions and data pertaining to this laboratory submission were

reviewed by [ ] and the interpretation of these

data was agreed upon.

```
b7C -1
b6 -1
```

Signature of reviewing examiner: [ ]

Date: _7/17/97_

Elliott-52

7-2 (Rev. 2-21-91)

| RECORDED | FEDERAL BUREAU OF INVESTIGATION | 5/21/97 | |
|---|---|---|---|
| 6/6/97 | UNITED STATES DEPARTMENT OF JUSTICE | | b6 -1 |
| kmk | Laboratory Work Sheet | | b7C -1 |

To: Mr. [_____]    b6 -3    Date: 6/6/97
     Acting Commander                b7C -3
     Criminal Investigations Branch
     United States Park Police          FBI File No. 95A-HQ-1214942
     Headquarters
     1100 Ohio Drive, SW                Lab No.   70521022 S GX FY
     Washington, DC 20242

Reference:

Your No.    W3415 (NCR-PPO)

Re:  DAMON ELLIOTT - SUSPECT;    b7C -2
     [_____] - VICTIM;   b6 -2
     SEXUAL ASSAULT

Specimens received:    May 21, 1997

Specimens:

Q1    Brassiere (#2)

Q2    Panties (#3)

Q3    Jeans (#4)

Q4    Shirt (#5)

Q5    Sheet (#6)

Q6    Pillow case (#7)

Q7    Sheet (#13)

Q8-Q9    Paper towels (#14-#15)

Q10    Telephone (#12)

Page 1

Rec'd Q11-Q15 → Cuttings box
K1, K4                6/13/97

Q1-Q9  6/10/97
serology complete
6/26/97

To PCR 7/1/97
K1, K4
Q5-9S, Q6-8S,
Q6-9S, Q7-17S,
Q7-4S, Q7-5S

Q1-Q9, Q11-Q15, K1, K4,
dictation, notes, period
membranes processed
DNA, cuttings to
GX on 7/21/97

(Over)

Elliott-53

Q11        Oral swab (#1)

Q12-Q15    Vaginal swabs (#1)

Q16        Pubic hair combings from DAMON ELLIOTT (#16)

K1         Liquid blood sample from [_____] (#1) Dried 6/13/97

K2         Pubic hair sample from [_____] (#1)                    b7C -2
                                                                         b6 -2
K3         Head hair sample from [_____] (#1)

K4         Liquid blood sample from DAMON ELLIOTT (#16) Dried 6/13/97

K5         Pubic hair sample from DAMON ELLIOTT (#16)

K6         Head hair sample from DAMON ELLIOTT (#16)

K7         Saliva sample from DAMON ELLIOTT (#16)


NE#1       SAC intake record

NE#2       Control swabs from sexual assault kit

NE#3-#9    Unused items from sexual assault kit

Elliott-54

4 2 1



# United States Department of the Interior

### NATIONAL PARK SERVICE
## UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415  (NCR-PPO)

70521022

CASE: 2215-97  C/N's  MAY 21 1997
MCL: 15-97

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Victim(s): [                    ])Juvenile)

·b6 -2
b7C -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating,  the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her.  During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse.  Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone.  The suspect responded by ripping the receiver cord from the phone.  The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
|------|----------------|
| #1-  Sexual Assault Kit | Victim |
| #2-  Brown bag containing bra | Victim |
| #3-  Brown bag containing panties | Victim |
| #4-  Brown bag containing one pair of blue jeans | Victim |
| #5-  Brown bag containing green/black striped shirt | Victim |

55

95A

#6- Bed sheet, lavender color              Victim's bed
#7- Pillowcase, lavender color             Victim's bed
#12- Model #SW204 telephone                Victim's bedroom
#13- Brown bed sheet with stain            Victim's bed
#14- Crumpled paper towels                 Victim's bed
#15- Crumpled paper towels                 Victim's bed
#16- Sexual assault kit                    Suspect


It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.


These items have not and will not be examined by any other expert.  Please make the results of your examinations available to [redacted]        b6 -3
[  ] Commander, Criminal Investigations Branch.                              b7C -3

Thank you for your assistance.

Sincerely, [redacted]

[redacted]                                               b6 -3
                                                         b7C -3
ACTING CINX.  [redacted] Major
Commander, Criminal Investigations Branch

7-114 (Rev. 10-28-93)

## BLOOD EXAMINATION

| | | | | | | Lab No. 70521022 S GXFY |
| | | | | | | Contributor US Park Police |
| | KP | | | | | Date 6/17/97 |
| | KN | | | | | |

| Specimen | Pheno. | Hemo. | Anti-H | Enzymes | DNA | Remarks |
|---|---|---|---|---|---|---|
| Q1 Brassiere | | | | | | See Semen Exam Sheet |
| 1 | Isuwk −/− | | | | | See Semen Exam Sheet |
| General Swabbing | − | | | | | This item yielded no stains of serological value |
| | | | | | | |
| | | | | | | |
| Q2 Panties (Inside back below waistband) | | | | | | See Semen Exam Sheet |
| 1 | Isuwk −\− | | | | | See Semen Exam Sheet |
| 2 | − | | | | | See Semen Exam Sheet |
| General Swabbing | − | | | | | This item yielded no stains of serological value. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Elliott-57 |

FBI/DOJ

7-114 (Rev. 10-28-93)

## BLOOD EXAMINATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Lab No.** 70521022 S GX FY | | | | | | |
| **Contributor** US Park Police | | | | | | |
| **Date** 6/19/97 | | | | | | |

KP 🅑
KN 🅑

| Specimen | Pheno. | Hemo. | Anti-H | Enzymes | DNA | Remarks |
|---|---|---|---|---|---|---|
| Q3 Jeans (Inside back below waistband) | | | | | | See Semen Exam Sheet |
| 1 | — | | | | | See Semen Exam Sheet |
| 2 | — | | | | | See Semen Exam Sheet |
| 3 | — | | | | | See Semen Exam Sheet |
| 4 | — | | | | | See Semen Exam Sheet |
| 5 | — | | | | | See Semen Exam Sheet |
| 6 | — | | | | | See Semen Exam Sheet |
| 7 | — | | | | | See Semen Exam Sheet |
| 8 | — | | | | | See Semen Exam Sheet |
| 9 | — | | | | | See Semen Exam Sheet |
| General Swabbing | — | | | | | The remainder of this item yielded no stains of serological value. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Elliott-58 |

7-114 (Rev. 10-28-93)

## BLOOD EXAMINATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Lab No.** 70521022 S GX FY | | | | | | |
| **Contributor** US Park Police | | | | | | |
| **Date** 6/20/97 | | | | | | |

KP ⊕
KN ⊖

| Specimen | Pheno. | Hemo. | Anti-H | Enzymes | DNA | Remarks |
|---|---|---|---|---|---|---|
| Q4 Shirt | | | | | | See Semen Exam Sheet |
| 1 | — | | | | | See Semen Exam Sheet |
| 2 | — | | | | | See Semen Exam Sheet |
| 3 | — | | | | | See Semen Exam Sheet |
| 4 | — | | | | | See Semen Exam Sheet |
| 5 | — | | | | | See Semen Exam Sheet |
| 6 | — | | | | | See Semen Exam Sheet |
| 7 | — | | | | | See Semen Exam Sheet |
| 8 | — | | | | | See Semen Exam Sheet |
| 9 | — | | | | | See Semen Exam Sheet |
| 10 | — | | | | | See Semen Exam Sheet |
| 11 | — | | | | | See Semen Exam Sheet |
| 12 | — | | | | | See Semen Exam Sheet |
| 13 | — | | | | | See Semen Exam Sheet |
| 14 | — | | | | | See Semen Exam Sheet |
| 15 | — | | | | | See Semen Exam Sheet |
| General Swabbing | — | | | | | This item yielded no additional stains of serological value. |
| | | | | | | Elliott-59 |
| | | | | | | |

FBI/DOJ

7-1