UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

    Plaintiff,

        v.                          Civil Action No. 06-1244 (JDB)

FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

## ORDER

    Defendant filed a motion for summary judgment on September 13, 2006. In its September 14, 2006 Order, the Court directed plaintiff to file an opposition or other response to defendant's motion by October 16, 2006. Further, the Court advised plaintiff that, if he failed to respond by that date, the Court may treat the motion as conceded and may enter summary judgment in defendant's favor. To date, plaintiff neither has filed an opposition nor has requested more time to file a response.

    Accordingly, it is hereby

    ORDERED that defendant's motion for summary judgment [Dkt. #10] is GRANTED AS CONCEDED, and that JUDGMENT shall be entered for defendant. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

                                              /s/
                                    JOHN D. BATES
                                    United States District Judge

Date: November 2, 2006