UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
   Plaintiff,

v.   Civil Action No. 06-1244 (JDB)

FEDERAL BUREAU OF
INVESTIGATION,
   Defendant.

## RECONSIDER [DKT #10]

Plaintiff receive the Court Order dated November 2, 2006, today on 11-6-2006. Plaintiff is currently in S.H.U. and don't have any of his personal legal papers, to respond by that date.

If Plaintiff receive and supply documentation from prison authorities to the Court stating the accurcy of his request, will the Court please consider?

RECEIVED
NOV - 9 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT