UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DAMON ELLIOTT,
      Plaintiff,


      V.                          Civil Action No. 06-1244 (JDB)


FEDERAL BUREAU
OF INVESTIGATION,
      Defendant.


NOTICE OF
ELECTRONIC FILING


Plaintiff receive Notice of electronic
filing directing Defendant to file its
Motion by 9/13/2006.
      Pursuant to the Court Order dated
November 2, 2006, Plaintiff states that
he never receive any Documents directing
him to file an opposition or other responce
to Defendant's motion by October 16, 2006.

RECEIVED

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, hereby certify that on this 14th day of November, 2006, a copy of this Complaint informing the Court about the Notice of Electronic Filing was served by first class United States mail, postage prepaid to:

RHONDA C. FIELDS
A. U. S. A.
555 4th St, NW
WASHINGTON D.C. 20530

DAMON ELLIOTT 31034-037
F.C.C. U.S.P.
P.O. BOX 1034
COLEMAN, FL. 33521

November 14, 2006
RE: APPEAL'S COURT ADDRESS

Dear Clerk:

Pursuant to the Court Order in
Civil Action No. 06-1128 (JDB), can you
please mail me the appropriate appeal's
court address?

Damon Elliott