Leave to file GRANTED
*John D. Bates* 1/31/07
John D. Bates
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.                    Civil No. 06-1244 (JDB)

FEDERAL BUREAU OF INVESTIGATION,
    Defendant.

## PLAINTIFF REPLY MOTION

The defendant never provided plaintiff with the eight pages that's being withheld during the time he was exhausting his administrative remedies or with defendant's summary judgment motion as they claim.

That's the purpose of this lawsuit is to get the Court to order the defendant to disclose the requested withheld documents, and plaintiff should be entitled to some relief, because it was never done.

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2007, a copy of the foregoing Plaintiff Reply Motion has been served by first class United States mail, postage prepaid to:

Rhonda C. Fields
Asst. U.S. Attorney
555 4TH St., N.W.
Washington, D.C. 20001

Damon Elliott
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521