UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,                                    :
     Plaintiff                                  :

vs.                                                           : Civil No. 06-1244 (JDB)


FEDERAL BUREAU OF INVESTIGATION,    :
     Defendant.                             :


**RESPONSE TO SURREPLY**

As is stated in defendant's Statement of Material Facts at ¶ 4, the additional 8 duplicate

pages originally withheld were submitted in defendant's Exhibit K.  They are:

     pg. 27 (originally duped to pg. 12)
     pg. 28 (     "          13)
     pg. 29 (     "           1)
     pg. 55 (     "           1)
     pg. 98 (     "           1)
     pg. 30 (     "           2)
     pg. 99 (     "           2)
     pg. 56 (     "           2)

See attachment 1, hereto.


Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 13th day of February, 20007, a copy of the foregoing response to surreply was mailed first class postage prepaid  to  the plaintiff pro se

Damon Elliott
#31034-037
F.C.C. -USP-2
POB 1034
Coleman, Florida 33521


                                      _____

                                        Rhonda C. Fields
                                        Assistant United States Attorney