2/13/14 [handwritten]

7-2 (Rev. 2-21-91)

RECORDED
6/6/97
kmk

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE

Laboratory Work Sheet

5/21/97
[redacted] b7C -1 b6 -1
~~LFPS~~
[redacted]

To: Mr. [redacted] b6 -3 b7C -3
Acting Commander
Criminal Investigations Branch
United States Park Police
Headquarters
1100 Ohio Drive, SW
Washington, DC 20242

Date: 6/6/97

FBI File No. 95A-HQ-1214942

Lab No. 70521022 S GX FY HJ

Reference:

Your No. W3415 (NCR-PPO)

Re: DAMON ELLIOTT - SUSPECT;
[redacted] VICTIM; b6 -2 b7C -2
SEXUAL ASSAULT

[handwritten box: processed 6/13, 6/16/97 7 pbx3 mailed 6/30/97, 7/1/97 24 S]

[handwritten box: Q11-Q15, K1, K4 To FY 6/13/97 | Q1-Q9 to FY 6/16/97 | Q10 to HJ 6/16/97]

Specimens received: May 21, 1997

Specimens:

| | |
|---|---|
| Q1 | Brassiere (#2) |
| Q2 | Panties (#3) |
| Q3 | Jeans (#4) |
| Q4 | Shirt (#5) |
| Q5 | Sheet (#6) |
| Q6 | Pillow case (#7) |
| Q7 | Sheet (#13) |
| Q8-Q9 | Paper towels (#14-#15) |
| Q10 | Telephone (#12) |

7-2 (Rev. 2-21-91)

RECORDED
6/16/97
kmk

FEDERAL BUREAU OF INVESTIGATION
UNITED STATES DEPARTMENT OF JUSTICE

Laboratory Work Sheet

5/21/97

b6 -1
b7C -1

To: Mr. [redacted] b6 -3 b7C -3
Acting Commander
Criminal Investigations Branch
United States Park Police
Headquarters
1100 Ohio Drive, SW
Washington, DC 20242

Date: 6/6/97

FBI File No. 95A-HQ-1214942

Lab No. 70521022 S GX FY HJ

Reference:

Your No. W3415 (NCR-PPO)

Re: DAMON ELLIOTT - SUSPECT;
[redacted] - VICTIM;
SEXUAL ASSAULT

b6 -2
b7C -2

Q10 received f/GX 6/16/97
Q10 ret'd to GX 6-26-97

Specimens received: May 21, 1997

Specimens:

| | |
|---|---|
| Q1 | Brassiere (#2) |
| Q2 | Panties (#3) |
| Q3 | Jeans (#4) |
| Q4 | Shirt (#5) |
| Q5 | Sheet (#6) |
| Q6 | Pillow case (#7) |
| Q7 | Sheet (#13) |
| Q8-Q9 | Paper towels (#14-#15) |
| Q10 | Telephone (#12) |

3/13 14

| | |
|---|---|
| Q11 | Oral swab (#1) |
| Q12-Q15 | Vaginal swabs (#1) |
| Q16 | Pubic hair combings from DAMON ELLIOTT (#16) |
| K1 | Liquid blood sample from [redacted] (#1) |
| K2 | Pubic hair sample from [redacted] (#1) |
| K3 | Head hair sample from [redacted] (#1) |
| K4 | Liquid blood sample from DAMON ELLIOTT (#16) |
| K5 | Pubic hair sample from DAMON ELLIOTT (#16) |
| K6 | Head hair sample from DAMON ELLIOTT (#16) |
| K7 | Saliva sample from DAMON ELLIOTT (#16) |
| NE#1 | SAC intake record |
| NE#2 | Control swabs from sexual assault kit |
| NE#3-#9 | Unused items from sexual assault kit |

b7C -2
b6 -2

| | |
|---|---|
| Q11 | Oral swab (#1) |
| Q12-Q15 | Vaginal swabs (#1) |
| Q16 | Pubic hair combings from DAMON ELLIOTT (#16) |
| K1 | Liquid blood sample from [redacted] (#1) |
| K2 | Pubic hair sample from [redacted] (#1) |
| K3 | Head hair sample from [redacted] (#1) |
| K4 | Liquid blood sample from DAMON ELLIOTT (#16) |
| K5 | Pubic hair sample from DAMON ELLIOTT (#16) |
| K6 | Head hair sample from DAMON ELLIOTT (#16) |
| K7 | Saliva sample from DAMON ELLIOTT (#16) |
| NE#1 | SAC intake record |
| NE#2 | Control swabs from sexual assault kit |
| NE#3-#9 | Unused items from sexual assault kit |

b6 -2
b7C -2



# United States Department of the Interior

NATIONAL PARK SERVICE
**UNITED STATES PARK POLICE**
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415 (NCR-PPO)

70521022

CASE: 2215-97 C/N's
MCL: 15-97

MAY 21 1997

ORIGINAL
Copy & Specs Detached

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Vic's Sex Asalt

Victim(s): [redacted] (Juvenile)

b7C -2
b6 -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

95A-HQ-1214942-1

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
|---|---|
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

INDEXED FCC

95A

Elliott-1

4-1



United States Department of the Interior

NATIONAL PARK SERVICE
**UNITED STATES PARK POLICE**
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415 (NCR-PPO)

70521022

CASE: 2215-97  C/N's   MAY 21 1997
MCL: 15-97

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Vic's SEX Asalt

b6 -2
b7C -2

Victim(s): ▓▓▓▓▓▓▓▓▓▓ (Juvenile)

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
|---|---|
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

29

95A



# United States Department of the Interior

NATIONAL PARK SERVICE
UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415 (NCR-PPO)

70521022

CASE: 2215-97
MCL: 15-97

MAY 21 1997

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

ORIGINAL
Copy 1 Specs Detached

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Victim(s): [redacted] (Juvenile)

b6 -2
b7C -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
| --- | --- |
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

INDEXED

55

95A



# United States Department of the Interior

NATIONAL PARK SERVICE
UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20242

IN REPLY REFER TO:

W3415 (NCR-PPO)

70521022

CASE: 2215-97
MCL: 15-97

MAY 21 1997

Mr. Louis J. Freeh, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

ORIGINAL
Copy & Specs Detached

Attention: Forensic Unit

Dear Sir:

Reference: Sexual Assault

Victim(s): [redacted] (Juvenile)

b6 -2
b7C -2

Suspect(s): ELLIOT, Damon

We are currently investigating a sexual assault that occurred on January 21 in building #22 on the Agricultural Research Center in Beltsville Maryland. The suspect, who is known to the residents, demanded and was given a sandwich and drink. After eating, the suspect proceeded to the upstairs bedroom of the 16 year old victim where he assaulted her. During the assault, the suspect struck various areas of the victims' body with his fists and he bit her hand. He then forced her to submit to vaginal intercourse. Just after the suspect penetrated the victim, the telephone rang and she pushed the suspect off of her to answer the telephone. The suspect responded by ripping the receiver cord from the phone. The victim states that the suspect did not ejaculate.

The following items of evidence are being submitted for your examination:

| ITEM | RECOVERED FROM |
| --- | --- |
| #1- Sexual Assault Kit | Victim |
| #2- Brown bag containing bra | Victim |
| #3- Brown bag containing panties | Victim |
| #4- Brown bag containing one pair of blue jeans | Victim |
| #5- Brown bag containing green/black striped shirt | Victim |

INDEX-CC

95A

| | |
|---|---|
| #6- Bed sheet, lavender color | Victim's bed |
| #7- Pillowcase, lavender color | Victim's bed |
| #12- Model #SW204 telephone | Victim's bedroom |
| #13- Brown bed sheet with stain | Victim's bed |
| #14- Crumpled paper towels | Victim's bed |
| #15- Crumpled paper towels | Victim's bed |
| #16- Sexual assault kit | Suspect |

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert. Please make the results of your examinations available to Major [redacted b7C -3, b6 -3] Commander, Criminal Investigations Branch.

Thank you for your assistance.

Sincerely [redacted b6 -3, b7C -3]



ACTING CMDR.

[redacted] Major
Commander, Criminal Investigations Branch

[redacted b7C -3, b6 -3]

Elliott-2

| | |
|---|---|
| #6- Bed sheet, lavender color | Victim's bed |
| #7- Pillowcase, lavender color | Victim's bed |
| #12- Model #SW204 telephone | Victim's bedroom |
| #13- Brown bed sheet with stain | Victim's bed |
| #14- Crumpled paper towels | Victim's bed |
| #15- Crumpled paper towels | Victim's bed |
| #16- Sexual assault kit | Suspect |

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert. Please make the results of your examinations available to Major [redacted] Commander, Criminal Investigations Branch.

b6 -3
b7C -3

b6 -3
b7C -3

Thank you for your assistance.

Sincerely [redacted]

b6 -3
b7C -3

[redacted] Major
Acting Cmdr.
Commander, Criminal Investigations Branch

| | |
|---|---|
| #6- Bed sheet, lavender color | Victim's bed |
| #7- Pillowcase, lavender color | Victim's bed |
| #12- Model #SW204 telephone | Victim's bedroom |
| #13- Brown bed sheet with stain | Victim's bed |
| #14- Crumpled paper towels | Victim's bed |
| #15- Crumpled paper towels | Victim's bed |
| #16- Sexual assault kit | Suspect |

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert. Please make the results of your examinations available to Major [redacted] [redacted] Commander, Criminal Investigations Branch.

b6 -3
b7C -3

Thank you for your assistance.

Sincerely [redacted]

[redacted]

b6 -3
b7C -3

ACTING CMDR. [redacted] Major
Commander, Criminal Investigations Branch

AMH

| | |
|---|---|
| #6- Bed sheet, lavender color | Victim's bed |
| #7- Pillowcase, lavender color | Victim's bed |
| #12- Model #SW204 telephone | Victim's bedroom |
| #13- Brown bed sheet with stain | Victim's bed |
| #14- Crumpled paper towels | Victim's bed |
| #15- Crumpled paper towels | Victim's bed |
| #16- Sexual assault kit | Suspect |

It would be greatly appreciated if the following tests and/or examinations could be performed:

- Could the appropriate tests and examinations for sexual assault cases be performed on item#1?
- If any hairs dissimilar to the victim's are found, could they be compared to the pulled hairs of the suspect?
- Could items #2,#3,#4,#5,#6, #7,#13,#14, and#15 be examined for the presence of hairs/fibers and body fluids, specifically semen stains?
- If semen is found, could blood grouping and/or a DNA profile be established and compared to the suspect?
- Could item#12 be examined to determine what method was used to disconnect the handset cord from the receiver body?
- Could you please perform any additional examinations that you may deem necessary.

These items have not and will not be examined by any other expert. Please make the results of your examinations available to [redacted] Commander, Criminal Investigations Branch.

b6 -3
b7C -3

Thank you for your assistance.

Sincerely, [redacted]

b6 -3
b7C -3

[redacted] Major
Commander, Criminal Investigations Branch

ACTING CMDR.

AMG