UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

    Plaintiff,

v.    Civil Action No. 06-1244 (JDB)

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

RECEIVED

MAR 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF MOTION FOR SUMMARY JUDGMENT

### "HISTORY OF THE LITIGATION"

Plaintiff instituted this litigation in May 17, 2001 seeking production of the F.B.I. File No. 95A-HQ-1214942.

By letter dated May 17, 2001 to FBIHQ, plaintiff requested a copy of the F.B.I. File.

By letter dated June 6, 2001 FBIHQ acknowledged receipt of plaintiff's request and assigned it 0944088.

By letter dated August 13, 2001 FBIHQ advised plaintiff that it had received 124 pages and released 116 pages to

plaintiff, with certain information withheld pursuant to P.A. Exemption.

By letter dated August 28, 2001, plaintiff appeal to OIP requesting a complete copy of FBI File No. 95A-HQ-1214942.

By letter dated September 4, 2001, plaintiff addressed a second letter to OIP requesting eight (8) pages that the F.B.I. withheld in Full.

By letter dated September 18, 2001, OIP acknowledge receipt of plaintiff's appeal and assigned it 01-3698.

By letter dated July 9, 2002, OIP affirmed the FBI's action. Plaintiff was advised that the F.B.I. properly withheld certain information pursuant to Exemption (J)(2) and (8)(7)(C). Plaintiff was advised that if he remained dissatisfied, he could seek judicial review in accordance with 5 U.S.C. § 552 (a)(4)(B).

## ARGUMENT NO. 1

Even if the additional eight (8) pages originally withheld were submitted in defendant's Exhibit (K) Motion For Summary Judgment, dated 9-14-2006, The Court should grant plaintiff relief because he "substantially prevailed" in his action.

2

## ARGUMENT NO. 2

Although defendant has now disclose a 12 page document* in their RESPONSE TO SURREPLY, dated 2-13-2007, plaintiff "substantially prevailed" but remain dissatisfied and proclaiming that the defendant provided some disclosable duplicated copies from the F.B.I. File, and withholding the real originally withheld eight (8) pages.

Plaintiff request the Court to make an inspection and make the determination concerning eight (8) pages that are in question?

## ARGUMENT FOR FEES

Plaintiff maintains that the defendant only released the information after he filed suit five years and nine months after his initial request. He argues that because the defendant release the previous withheld eight (8) pages under the eventual threat of a Court Order compelling its release, he "substantially prevailed" in his action and is thus entitled to fees. The defendant should pay Court Fees, litigation costs, and any other costs that plaintiff is entitle to. The Court should grant award.

\* as they claim was the originally withheld eight (8) pages

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, a copy of Plaintiff Motion for Summary Judgment was mailed first class postage prepaid to:

Rhonda C. Fields
Assistant U.S. Attorney
555 4th St. N.W.
Washington, D.C. 20530


Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521