UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAMON ELLIOTT,**

    Plaintiff,

        v.

**FEDERAL BUREAU OF INVESTIGATION,**

    Defendant.

Civil Action No. 06-1244 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #10] is GRANTED, and that plaintiff's cross-motion for summary judgment [Dkt. # 21] is DENIED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                /s/
                                       JOHN D. BATES
                                       United States District Judge

Date: May 1, 2007