UNITED STATES APPEALS COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,
    Appellant,

v.     Civil Action No. 06-1244 (JDB)

FEDERAL BUREAU OF INVESTIGATION,
    Appellee.

## NOTICE OF APPEAL

Appellant want to appeal court order granting Appellee's Motion for Summary Jugdment sign by J.D.B. on May 1, 2007.
Please provide necessarily papers, and docket for record.

Sincerely,

Elliott Damon  31034-037
FCC USP
P.O. Box 1034
Coleman, Fl. 33521

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appeal in 06-1244 (JDB) was served by mailing a copy/original by first class mail, postage prepaid address to:

Clerk,
U.S. Appeals Court
District Court Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

on this 14th day of May 2007.

DAMON ELLIOTT 31034-037
FCC USP
P.O. Box 1034
Coleman, Fl. 33521