# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5164**  September Term, 2007

06cv01244

Filed On: February 13, 2008

[1098958]
Damon Elliott,
        Appellant

v.

Federal Bureau of Investigation,
        Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/27/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Randolph, Tatel, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel, the motion for summary affirmance, the court's order to show cause filed December 4, 2007, the response thereto, and the reply, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated any likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant's conclusory, unsupported assertion that the FBI did not release the "real" eight pages originally withheld as duplicates is insufficient to defeat summary judgment or summary affirmance. See, e.g., Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp., 475 U.S. 574, 586-87 (1986). Moreover, to the extent that it is not waived by his failure to raise it below, appellant's page-number discrepancy argument is meritless for the reasons stated in the FBI's reply. Finally, appellant's claim that he is entitled to an award of fees and costs is also meritless, as he was not awarded any relief by the district court. See Davy v. CIA, 456 F.3d 162, 165 (D.C. Cir. 2006).

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5164**                                  **September Term, 2007**

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>